# Belcaro Group, Inc.
## Master Terms and Conditions

**Advertiser and Belcaro Group, Inc ("BGI") agree to the following:**

1. **Media Placement.** BGI shall promote Advertiser's offers ("Offers"), including both Advertiser's direct offers as well as offers for which Advertiser is acting on behalf of third party advertising agencies, marketers and others (collectively, "Marketers") in BGI media ("Media") pursuant to the terms set forth in this Agreement.

2. **License.** Advertiser, on behalf of itself and its Marketers, grants BGI a limited license to promote the Offers in Media and in BGI press releases and/or collateral material. BGI reserves the right to refuse advertising for any Media for any reason.

3. **Payment.** Advertiser agrees to pay all amounts due BGI within 30 days from the end of the month following the month during which such revenue amounts were earned. Amounts not paid within this timeframe shall be subject to interest at a rate of 1.5% per month or the highest rate permitted by law. In the event that Advertiser fails to timely pay amounts due to BGI, Advertiser shall be liable for all costs of collection, including but not limited to attorney fees and court fees.  BGI reserves the right to offset amounts due Advertiser (if any) against amounts Advertiser has failed to pay BGI.

4. **Creative.** BGI shall have the right to modify creative content supplied by Advertiser to meet BGI production and/or other requirements.

5. **Representations and Warranties.**

   a. Advertiser and BGI represent and warrant that at all times they will comply with all applicable federal, state, local and foreign laws, rules and  regulations, including but are not limited to the CANSPAM Act  of 2003, as such may be amended from time to time.

   b. Advertiser represents and warrants that it or its Marketers own all necessary intellectual property rights and/or licenses for the content supplied to BGI for use in BGI Media and that BGI's use of the content pursuant to this Agreement will not infringe on any third party's copyright, patent, trademark or other intellectual property or privacy rights.

   c. Advertiser represents and warrants that the content supplied to BGI shall not contain any pornographic, libelous, hate-related or otherwise objectionable material and will not contain any links that will bring users to sites with objectionable content.  BGI represents and warrants that its web site does not contain any pornographic, libelous, hate-related or otherwise objectionable material and will not contain any links that will bring users to sites with objectionable content.

   d. Advertiser represents and warrants that it has the authority (either directly or obtained from one or more Marketers) to engage BGI to promote the Offers provided for herein and to agree to the terms and conditions of this Agreement.

6. **Toolbar.**  Advertiser acknowledges that BGI has a downloadable toolbar application ("Toolbar") which users choose to download for, among other things, using the Toolbar Search Box for identifying coupons and cash back offers available on BGI's web site, for being alerted to time-sensitive promotions and web site specials, and for the convenience of the Toolbar redirecting the users to the users' selected Offer via BGI's site.  Advertiser, on behalf of itself and the Marketers, hereby approves BGI's use of the Toolbar to promote the Offers. See http://www.shopathome.com/pages/end-user-license-agreement.aspx for the Toolbar EULA.

7. **Incentives.** Advertiser acknowledges the fact that BGI's web site at www.shopathome.com is a cash back loyalty incentive site and that merchant offers are often incentivized.  BGI will not incentivize Advertiser's Offers without receiving Advertiser's prior written consent to do so.

8. **Indemnification.** Advertiser agrees to defend, indemnify and hold harmless BGI and its officers, directors, employees and agents from any and all claims, losses, liabilities, damages, costs and expense of any nature (including reasonable attorneys fees) relating to or arising out of (a) the promotion and distribution of the Offers;

(b) any and all copy and images supplied by Advertiser and BGI's use thereof; and (c) Advertiser's breach of this Agreement.

9. **Customer Information.** Advertiser has the right to use BGI provided customer information ("Data") for (a) its own unlimited e-mailing purposes; and (b) enhancing its customer/prospect databases. Data includes all customer information that has been provided to BGI, whether provided directly from the customer or otherwise. BGI retains all ownership in Data subject to Advertiser's right of use as set forth herein.

10. **Limitation of Liability.** BGI'S AD SPACES, SERVICES AND SITES ARE PROVIDED "AS IS" AND BGI DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS, STATUTORY, OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT, AND IMPLIED WARRANTIES ARISING FROM COURSE OF DEALING OR COURSE OF PERFORMANCE. EXCEPT FOR ADVERTISER'S INDEMNIFICATION OBLIGATIONS SET FORTH ABOVE, IN NO EVENT SHALL EITHER PARTY'S LIABILITY TO THE OTHER PARTY OR TO ANY THIRD PARTY CLAIMING THROUGH SUCH PARTY EXCEED THE TOTAL AMOUNT PAID TO BGI BY ADVERTISER HEREUNDER OVER THE MOST RECENT TWELVE (12) MONTH PERIOD.

11. **Disclaimer of Warranties.** ALL SERVICES PROVIDED BY BGI ARE PROVIDED ON AN "AS IS" BASIS. BGI MAKES NO WARRANTIES, GUARANTEES, REPRESENTATIONS, PROMISES, STATEMENTS, ESTIMATES, CONDITIONS OR OTHER INDUCEMENTS; EXPRESS, IMPLIED, ORAL, WRITTEN OR OTHERWISE EXCEPT AS EXPRESSLY CONTAINED IN THIS AGREEMENT.

12. **Governance.** The laws of Colorado and applicable federal U.S. laws shall govern this Agreement. The parties agree that any claims, legal proceedings or litigation arising in connection with the Agreement will be brought solely in the state and federal courts located in Denver, Colorado and the parties consent to the jurisdiction of such courts. The parties further agree that service of process may be made by certified mail.

13. **Termination.** Either party may terminate this Agreement by providing the other party with five business days written notice of termination. Notwithstanding the foregoing, BGI may terminate this Agreement immediately without notice if Advertiser is in breach of any representation, warranty or other provision of this Agreement. The rights and obligations contained in Paragraphs 3, 5, 8-13, and 15 shall survive the termination or expiration of this Agreement.

14. **Assignment.** Either party may assign its rights or delegate its duties in connection with a sale of all or substantially all of such party's assets or other form of transaction in which there is a change of ownership control of such party.

15. **Amendments.** This Agreement constitutes the entire agreement of the parties with respect to the subject matter and supersedes any and all terms and conditions and agreements that Advertiser or Marketers may post online or otherwise (including any terms and conditions that BGI may be required to consent to online after the date hereof in order to participate in Advertiser's or Marketers' programs) as well as previous communications, representations, understandings, and agreements, either oral or written, between the parties. No future amendment or modification of this Agreement and no restatement or replacement agreement will supersede this Agreement unless it is made in writing and manually, not electronically, signed by each of the parties.

The undersigned warrants that he/she is authorized to bind Advertiser to this Agreement.

Advertiser Corporate Name:  Rapid Response Marketing LLC

Accepted for Advertiser by:    Kevin De Vincenzi

Kevin De Vincenzi
                    CEO              Date:     9-26-10
Print Name and Title:  C. Breunstein, VP

Accepted for Belcaro Group, Inc. by:                      Date:  8 Oct 2010

Print Name and Title: _____

**BelcaroGroup, Inc. ● 7100 E. Belleview Avenue, #208 ● Greenwood Village, CO 80111**
**Tel 303-843-0302● Fax 303-843-0377● e-mail  sales@belcarogroup.com**

0909