Login | Join Now

Search

ONLINE COUPONS    GROCERY COUPONS    FREE SHIPPING    EXCLUSIVE DEALS    TIPS & ADVICE    MORE +

How to Get
**Cash Back?**

# END-USER LICENSE AGREEMENT

IMPORTANT - PLEASE READ THIS END-USER LICENSE AGREEMENT ("EULA") CAREFULLY. BY DOWNLOADING, ACCESSING, INSTALLING OR USING THE SHOPATHOME.COM BROWSER APP, YOU AGREE TO THE TERMS OF THIS EULA. IF YOU DO NOT AGREE TO THE TERMS OF THIS EULA, DO NOT DOWNLOAD, INSTALL, ACCESS OR USE THE BROWSER APP (defined herein). THIS AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES AND LIMITATIONS OF LIABILITY (see Sections 3 and 9) AND AN EXCLUSIVE REMEDY (see Section 9(b)). THESE PROVISIONS FORM AN ESSENTIAL BASIS OF OUR AGREEMENT.

**NOTE THAT SECTION 8 OF THIS EULA CONTAINS A BINDING INDIVIDUAL ARBITRATION PROVISION THAT AFFECTS YOUR RIGHTS UNDER THIS EULA.**

**Sections:**

1. General
2. Grant of License
3. Disclaimer of Warranty
4. Prohibited Actions
5. Uninstalling the Browser App
6. Updates to the Browser App and Modifications to EULA
7. Termination of EULA
8. Dispute Resolution
9. Limitation of Liability, YOUR EXCLUSIVE REMEDY
10. YOU ARE RESPONSIBLE FOR YOUR ACTIVITIES
11. Export Restrictions
12. General Terms of EULA

## 1. GENERAL

This EULA is a legal agreement between you and Belcaro Group, Inc., d/b/a ShopAtHome.com ("We", "Our", "Us" or "ShopAtHome.com"). This EULA governs the Browser App and your use of the Browser App.

The definitions for terms that are capitalized in this document but not defined herein can be found in the Terms and Conditions. The "Browser App" is defined as a downloadable toolbar (or, in some browsers, an extension or add-on) or other similar term used to describe downloadable software (including configuration and data files) that provides you access to coupons, discounts and special deals based on a search conducted by you or that are offered based upon sites you visit or searches you conduct in your browser where the Browser App is installed and is enabled. The Browser App may help Members maximize their Cash Back Rewards from ShopAtHome.com, alert Members when Affiliate Stores have coupons, discounts, special deals, and extra cash back offers, and provide access to other specials on the Site. For older versions of the Browser App, the Browser App contains software that may be separately referred to as "SelectCashBack" or "SelectRebates." This EULA, which can be found at http://www.shopathome.com/end-user-license-agreement.aspx, applies to updates, supplements, add-on components, and Internet-based services that we may provide or make available to you relating to or through the use of the Browser App. (To view the Privacy Policy of ShopAtHome.com, which is incorporated by reference herein, please click Privacy Policy.  To view the Terms and Conditions governing use of ShopAtHome.com, which are incorporated by reference herein, please click Terms and Conditions).

**Using the Browser App**

Once you install the Browser App, it will be visible in your Web browser window as a toolbar or an icon, unless you have disabled or hidden it. The Browser App uses information from your browser activity to provide alerts that are relevant to your browser activity. Information necessary to provide these alerts to you is stored in local files within a Browser App folder. By installing the Browser App, you consent to the collection and use of data as set forth in the ShopAtHome.com Privacy Policy and in accordance with this EULA. If you do not consent, then you should not download the Browser App, or, if you have downloaded it, you should uninstall it.

When you visit a website, whether typing in the URL or clicking a link (including from a search engine results page), the Browser App recognizes whether the URL is that of an Affiliate Store, and, if so, may redirect you through the affiliate network site to the Affiliate Store's website, at which time, a tracking cookie will be placed in your browser. This cookie is the tracking mechanism that will follow your transaction with the Affiliate Store, to allow for credit of Cash Back Rewards.

The Browser App may notify you via an alert or slider on the Browser App if there are coupons, discounts or special deals available at the Site. If you click on an alert, you will be taken to the Site, and if you outclick from the Site to the Affiliate Store, you will be credited with the percentage Cash Back Reward

identified on the Site for any purchase you make during that session. If a slider appears, you must click on the slider to be credited with the full percentage Cash Back Reward identified on the Site for your purchase at the Affiliate Store site. (In some cases, this is when the cookie drop occurs.) If you do not click the slider or click through to the Affiliate Store through the Site from the alert, you may not have any Cash Back Rewards credited to your Member account from any purchase you make at the Affiliate Store, or it may be less than the full percentage otherwise offered by going through the Site or slider. All Cash Back Rewards offered through the Browser App are subject to the Terms and Conditions.

The Browser App may also interact with search engines, Affiliate Stores and other web sites to identify Affiliate Stores, or provide additional comparison coupon, discount or special deal content. Beginning with version 6.0.2.0, the Browser App will have the ability to inject such content into search results in your browser. Such content will be identified as ShopAtHome.com content, and you will have the ability to disable this feature of the Browser App.

In addition, during installation, the Browser App may automatically change the default search engine used by your Web browser, whether via a built-in search box or otherwise, to our search engine. Using the ShopAtHome.com search engine allows us to deliver targeted search results based on the information we have about you. We will collect, use and maintain the data and other information we obtain in accordance with the ShopAtHome.com Privacy Policy. You also consent to the Browser App overwriting any other program that attempts to change or reinstate the default search engine used by your Web browser, unless you affirmatively agree to such change or reinstatement. At any time, you may change your internet browser's default search engine to another provider by using the appropriate options in your Web browser.

How to Get **Cash Back?**

We reserve the right to change, add to or discontinue any portion of the Browser App and the Affiliate Store database in any way, in our sole discretion at any time without advance notice. Please let us know of any questions, concerns or problems you have relating to the Browser App by contacting us at http://www.shopathome.com/contact.aspx.



## 2. GRANT OF LICENSE

Subject to the terms of this EULA, ShopAtHome.com grants to you a revocable, non-exclusive, non-transferable, limited license to install and use the Browser App for personal use only and in accordance with the Terms and Conditions and this EULA and in the United States and Canada. ShopAtHome.com reserves all ownership rights, interests and title of and to the Browser App, including all intellectual property rights in and to the Browser App. ALL RIGHTS NOT EXPRESSLY GRANTED HEREIN ARE RESERVED BY SHOPATHOME.COM. As between you and ShopAtHome.com, all title and copyrights in and to the Browser App (including but not limited to any images, photographs, animations, video, audio, music, text, and other features incorporated in the Browser App, but excluding any trademarks or copyrighted images or text owned by third parties, which belong to the respective third parties), the accompanying printed materials, and any copies of the Browser App, are owned by ShopAtHome.com. Except as expressly permitted by this EULA, you may not copy the Browser App or any other materials related to the Browser App. You agree: (i) to hold in the strictest confidence all program code and other elements of the Browser App, (ii) not to, directly or indirectly, sublicense, rent, sell or lease any portion of the Browser App; (iii) not to, directly or indirectly, reverse engineer, decompile, disassemble, modify, translate, make any attempt to discover the code of the Browser App or create derivative works; (iv) not to, directly or indirectly, copy, reproduce, distribute, manufacture, duplicate, reveal, report, publish, disclose, cause to be disclosed, or otherwise transfer the Browser App to any third party, and (v) not to make use of the Browser App other than for the permitted purposes under this EULA.

## 3. DISCLAIMER OF WARRANTY

**TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, SHOPATHOME.COM AND ITS AFFILIATE STORES, SUPPLIERS, AFFILIATES, DISTRIBUTORS AND ADVERTISERS (COLLECTIVELY, THE "AFFILIATES") AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS AND REPRESENTATIVES EXPRESSLY DISCLAIM ALL WARRANTIES AND CONDITIONS OF ANY KIND, EITHER EXPRESS, STATUTORY OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, ACCURACY, COMPLETENESS, ENJOYMENT, QUALITY AND NON-INFRINGEMENT WITH REGARD TO THE BROWSER APP. THERE ARE NO WARRANTIES NOT EXPRESSLY STATED IN THIS EULA. THE BROWSER APP IS PROVIDED "AS IS" WITH "ALL FAULTS" AND "AS AVAILABLE." THERE ARE NO WARRANTIES THAT YOUR ACCESS TO OR USE OF THE BROWSER APP OR ANY PART THEREOF WILL BE UNINTERRUPTED, ERROR FREE OR COMPLETELY SECURE. THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY HAVE OTHERS, WHICH VARY FROM STATE/JURISDICTION TO STATE/JURISDICTION. ACCORDINGLY, YOUR USE OF THE BROWSER APP IS AT YOUR OWN RISK, INCLUDING WITHOUT LIMIT ALL RISKS ASSOCIATED WITH THE BROWSER APP NOT WORKING AS INTENDED, OR DAMAGING ANY HARDWARE OR OTHER SOFTWARE, OR FAILURE OF THE BROWSER APP RESULTING FROM ACCIDENT, ABUSE, MISAPPLICATION, ABNORMAL USE OR A VIRUS.**

## 4. PROHIBITED ACTIONS

You are prohibited from making any changes or asking others to make changes to the Browser App, or using the Browser App together with any third party products or services. Any enhancements, adaptations, alterations or modifications to the Browser App shall remain the exclusive property of ShopAtHome.com.

You shall not use the Browser App to provide or send information or content that is knowingly false and/or defamatory, inaccurate, abusive, vulgar, hateful, harassing, obscene, profane, sexually oriented, threatening, invasive of a person's privacy or otherwise violates any applicable law, rules, regulations or ShopAtHome.com policies. You shall not use the Browser App to introduce any virus, worm, built-in or use-driven destruction mechanism, injurious or damaging algorithm, time bomb, trojan horse or other software or hardware for any reason.

ShopAtHome.com may in its sole discretion and for any reason at any time without notice discontinue your right to access and use the Browser App. Without prejudice to any of our other rights or remedies, we reserve the right immediately to terminate this EULA in the event you violate this EULA, and to investigate, involve and cooperate with appropriate authorities regarding any illegal or unauthorized activities involving the Browser App or this EULA.

You must be at least 18 years of age in order to enter into this EULA for the licensing of the Browser App and install and use of the Browser App. As a condition of your using our Browser App, you represent and warrant that you are at least 18 years old.

ShopAtHome.com has no control over third party sites which you may access, including those sites which are linked to our Site. Therefore, we are not responsible for the content or function of any other site, and disclaim any liability for any aspects of any sites you access via direct access or access through our Site or Browser App functionality. You may be subject to terms and conditions by such third party sites.

## 5. UNINSTALLING THE BROWSER APP

You can uninstall the Browser App at any time and at your discretion by following the directions below as may be updated from time to time. Uninstalling the Browser App is your sole responsibility and the information provided below is for your convenience only and creates no liability or responsibility of ShopAtHome.com if you are unable to uninstall the Browser App by following these directions.

IT IS VERY IMPORTANT THAT YOU USE THESE PROCEDURES IF YOU WISH TO UNINSTALL THE BROWSER APP. You agree to accept all risks if you uninstall the Browser App.

For specific instructions on uninstalling the Browser App from Internet Explorer, Firefox and Chrome, pleasevisit our FAQs.

How to Get **Cash Back?**

The removal instructions referenced above should work for most systems. If these procedures do not work, please go tohttp://www.shopathome.com/manualremove.aspxand follow the directions posted there. The manual removal program should only be used if the instructions in the FAQs have failed to remove the Browser App software from your computer.

Please be aware that if a method other than the uninstall or manual removal procedures described above is used to remove the Browser App (e.g. anti-virus software), inoperable trace files may be left on your computer that continue to be detected by some anti-virus software. If you have used some other method to remove the Browser App, please check the Add/Remove Programs function on your computer. If the Browser App is no longer in your Add/Remove Programs, the Browser App is no longer functioning and has been uninstalled. Even though trace files may remain and could trigger a security warning on your computer, these trace files are not functioning in any way.

If you encounter difficulties removing the Browser App, please contact us athttp://www.shopathome.com/contact.aspx.

## 6. UPDATES TO THE BROWSER APP AND MODIFICATIONS TO EULA

ShopAtHome.com may, from time to time, update the Browser App. We may, in our sole discretion, update or upgrade the Browser App (including installed Browser Apps) at any time without notice; however, You are responsible for ensuring that you are using the most current version of the Browser App. We shall have no responsibility or liability for the use of the Browser App other than the most recently available Browser App.

We reserve the right to make changes to this EULA. Please check this page periodically for changes. Any such modification constitutes a successor EULA. Continued use of the Browser App indicates your acceptance of such successor EULAs. If you do not accept any such successor EULAs you must uninstall the Browser App from your computer. Failure to uninstall the Browser App constitutes acceptance of the successor EULA.

## 7. TERMINATION OF EULA

You may terminate this EULA at any time by uninstalling the Browser App and destroying all copies of the Browser App. This EULA is terminated automatically if you do not comply with all of the terms and conditions of the EULA. We also may terminate this EULA at any time for any reason, without notice, in its sole discretion. In the event that the EULA is terminated for any reason, your rights to use the Browser App will immediately cease and you must uninstall the Browser App and all copies of the Browser App must be destroyed.

## 8. DISPUTE RESOLUTION

(a) **Purpose.** If you have a Dispute (as defined below) with ShopAtHome.com that cannot be resolved through an informal dispute resolution with us, you or ShopAtHome.com may elect to arbitrate that Dispute in accordance with the terms of this Dispute resolution provision rather than litigate the Dispute in court. Arbitration means you will have a fair hearing before a neutral arbitrator instead of in a court by a judge or jury.

(b) **Definitions.** The term "Dispute" means any dispute, claim, or controversy between you and us regarding any aspect of your relationship with us, whether based in contract, statute, regulation, ordinance, tort (including, but not limited to, fraud, misrepresentation, fraudulent inducement, negligence, or any other intentional tort), or any other legal or equitable theory, and includes the validity, enforceability or scope of this Dispute resolution provision (with the exception of the enforceability of the class action waiver clause provided in this paragraph). "Dispute" is to be given the broadest possible meaning that will be enforced. As used in this Dispute resolution provision, "ShopAtHome.com" means Belcaro Group, Inc., d/b/a ShopAtHome.com and its parents, subsidiaries and affiliated companies and each of their respective owners, officers, directors, employees and agents.

(c) **Right to Opt Out.** IF YOU DO NOT WISH TO BE BOUND BY THIS ARBITRATION PROVISION, YOU MUST NOTIFY US IN WRITING WITHIN THIRTY (30) DAYS AFTER THE DATE THAT YOU FIRST DOWNLOAD THE BROWSER APP BY VISITINGhttp://www.shopathome.com/Contact.aspx, OR BY MAIL TO SHOPATHOME.COM AT 7100 E. BELLEVIEW AVE., STE. 208 (ATTN: LEGAL DEPARTMENT), GREENWOOD VILLAGE, CO 80111. YOUR WRITTEN NOTIFICATION TO US MUST INCLUDE YOUR NAME AND ADDRESS AS WELL AS A CLEAR STATEMENT THAT YOU DO NOT WISH TO RESOLVE DISPUTES WITH SHOPATHOME.COM THROUGH ARBITRATION. YOUR DECISION TO OPT OUT OF THIS ARBITRATION PROVISION WILL HAVE NO ADVERSE EFFECT ON YOUR RELATIONSHIP WITH US OR THE DELIVERY OF SERVICES TO YOU BY SHOPATHOME.COM. IF YOU HAVE PREVIOUSLY NOTIFIED US OF YOUR DECISION TO OPT OUT OF ARBITRATION, YOU DO NOT NEED TO DO SO AGAIN.

(d) **Initiation of Arbitration Proceeding/Selection of Arbitrator.** If you or we elect to resolve your Dispute through arbitration pursuant to this Dispute resolution provision, the party initiating the arbitration proceeding may initiate the arbitration proceeding with American Arbitration Association ("AAA"), 335 Madison Ave., Floor 10, New York, NY 10017-4605, 1-800-778-7879, www.adr.org under the Commercial Arbitration Rules of the AAA.

(e) **Arbitration Procedures.**

  (i)  Because the Service(s) provided to you by ShopAtHome.com concerns interstate commerce, the Federal Arbitration Act ("FAA"), not state arbitration law, shall govern the arbitrability of all Disputes. However, applicable federal law or the law of the state where you receive the service from ShopAtHome.com may apply to and govern the substance of any Disputes. Any state statutes pertaining to arbitration shall not be applicable under this Dispute resolution provision.

  (ii)  If there is a conflict between this Dispute resolution provision and the rules of the arbitration organization chosen, this Dispute resolution provision shall govern. If the arbitration organization that you select will not enforce this Dispute resolution provision as written, it cannot serve as the arbitration organization to resolve your dispute with us. If this situation arises, the parties shall agree on a substitute arbitration organization. If the parties are unable to agree, the parties shall mutually petition a court of appropriate jurisdiction to appoint an arbitration organization that will enforce this Dispute resolution provision as written. If there is a conflict between this Dispute resolution provision and the rest of this EULA, this Dispute resolution provision shall govern.

  (iii)  A single arbitrator will resolve the Dispute. Participating in arbitration may result in limited discovery depending on the rules of the arbitration organization that is chosen to resolve the Dispute. The arbitrator will honor claims of privilege recognized by law and will take reasonable steps to protect customer account information and other confidential or proprietary information.

  (iv)  The arbitrator will make any award in writing but need not provide a statement of reasons unless requested by a party. An award rendered by the arbitrator may be entered in any court having jurisdiction over the parties for purposes of enforcement.

  (v)  If an award granted by the arbitrator exceeds $75,000, either party can appeal that award to a three-arbitrator panel administered by the same arbitration organization by a written notice of appeal filed within thirty (30) days from the date of entry of the written arbitration award. The members of the three-arbitrator panel will be selected according to the rules of the arbitration organization. The arbitration organization will then notify the other party that the award has been appealed. The three-arbitrator panel will issue its decision within one hundred twenty (120) days of the date of the appealing party's notice of appeal. The decision of the three-arbitrator panel shall be final and binding, except for any appellate right which exists under the FAA.

(f) **Restrictions:**

  (i)  YOU MUST FILE ANY CLAIM WITHIN ONE (1) YEAR OF THE DATE OF THE OCCURRENCE OF THE EVENT OR FACTS GIVING RISE TO A DISPUTE, OR YOU WAIVE THE RIGHT TO PURSUE ANY CLAIM BASED UPON SUCH EVENT, FACTS, OR DISPUTE.

  (ii)  ALL PARTIES TO THE ARBITRATION MUST BE INDIVIDUALLY NAMED. THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS ACTION OR CONSOLIDATED BASIS OR ON BASES INVOLVING CLAIMS BROUGHT IN A PURPORTED REPRESENTATIVE CAPACITY ON BEHALF OF THE GENERAL PUBLIC (SUCH AS A PRIVATE ATTORNEY GENERAL), OTHER SUBSCRIBERS, OR OTHER PERSONS SIMILARLY SITUATED UNLESS THE STATUTE UNDER WHICH YOU ARE SUING PROVIDES OTHERWISE.

(g) **Location of Arbitration.** The arbitration will take place in Denver, Colorado.

(h) **Payment of Arbitration Fees and Costs.** SHOPATHOME.COM WILL ADVANCE ALL ARBITRATION FILING FEES AND ARBITRATOR'S COSTS AND EXPENSES UPON YOUR WRITTEN REQUEST GIVEN PRIOR TO THE COMMENCEMENT OF THE ARBITRATION. YOU ARE RESPONSIBLE FOR ALL ADDITIONAL COSTS THAT YOU INCUR IN THE ARBITRATION, INCLUDING, BUT NOT LIMITED TO, ATTORNEYS OR EXPERT WITNESSES. IF THE ARBITRATION PROCEEDING IS DECIDED IN OUR FAVOR, YOU SHALL REIMBURSE US FOR THE FEES AND COSTS ADVANCED TO YOU ONLY UP TO THE EXTENT AWARDABLE IN A JUDICIAL PROCEEDING. IF THE ARBITRATION PROCEEDING IS DETERMINED IN YOUR FAVOR, YOU WILL NOT BE REQUIRED TO REIMBURSE US FOR ANY OF THE FEES AND COSTS ADVANCED BY US. IF A PARTY ELECTS TO APPEAL AN AWARD TO A THREE-ARBITRATOR PANEL, THE PREVAILING PARTY IN THE APPEAL SHALL BE ENTITLED TO RECOVER ALL REASONABLE ATTORNEYS' FEES AND COSTS INCURRED IN THAT APPEAL. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS ARBITRATION PROVISION, WE WILL PAY ALL FEES AND COSTS THAT IT IS REQUIRED BY LAW TO PAY.

(i) **Severability.** If any clause within this Dispute resolution provision (other than the class action waiver clause identified above) is found to be illegal or unenforceable, that clause will be severed from this Dispute resolution provision, and the remainder of this Dispute resolution provision will be given full force and effect. If the class action waiver clause is found to be illegal or unenforceable, the entire Dispute Resolution provision will be unenforceable, and the dispute will be decided by a court. In the event this entire Dispute resolution provision is determined to be illegal or unenforceable for any reason, or if a claim is brought in a Dispute that is found by a court to be excluded from the scope of this Dispute resolution provision, you and ShopAtHome.com have each agreed to waive, to the fullest extent allowed by law, any trial by jury.

(j) **Exclusions from Arbitration.** YOU AND SHOPATHOME.COM AGREE THAT THE FOLLOWING WILL NOT BE SUBJECT TO ARBITRATION: (i) ANY CLAIM FILED BY YOU OR BY SHOPATHOME.COM THAT IS NOT AGGREGATED WITH THE CLAIM OF ANY OTHER CUSTOMER AND WHOSE AMOUNT IN CONTROVERSY IS PROPERLY WITHIN THE JURISDICTION OF A COURT THAT IS LIMITED TO ADJUDICATING SMALL CLAIMS; (ii) ANY DISPUTE OVER THE VALIDITY OF ANY PARTY'S INTELLECTUAL PROPERTY RIGHTS; AND (iii) ANY DISPUTE RELATED TO OR ARISING FROM ALLEGATIONS ASSOCIATED WITH UNAUTHORIZED USE OR RECEIPT OF A SERVICE.

(k) **Continuation.** This Dispute resolution provision shall survive the termination of your customer relationship with ShopAtHome.com.

## 9. LIMITATION OF LIABILITY, YOUR EXCLUSIVE REMEDY

(a) **TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL WE, THE AFFILIATE STORES, SUPPLIERS, AFFILIATES, DISTRIBUTORS AND ADVERTISERS (COLLECTIVELY, THE "AFFILIATES") AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS AND REPRESENTATIVES BE LIABLE FOR ANY DIRECT, SPECIAL, INCIDENTAL, INDIRECT, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, LOSS DUE TO BUSINESS INTERRUPTION, LOSS OF INFORMATION, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF OR RELATED TO THIS EULA, THE USE OF OR INABILITY TO USE THE BROWSER APP OR THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHERMORE, WE SHALL HAVE NO LIABILITY FOR ANY DAMAGES CAUSED TO ANY HARDWARE OR OTHER SOFTWARE, OR BY THE COMBINATION OF OUR BROWSER APP WITH ANY OTHER SOFTWARE. IN ANY CASE, WE, THE AFFILIATE STORES, SUPPLIERS, AFFILIATES, DISTRIBUTORS AND ADVERTISERS (COLLECTIVELY, THE "AFFILIATES") AND THEIR**

How to Get **Cash Back?**

Great DEALS

**RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS AND REPRESENTATIVES' ENTIRE LIABILITY UNDER ANY PROVISION OF THIS LICENSE AGREEMENT SHALL BE LIMITED TO TWO HUNDRED AND FIFTY DOLLARS ($250.00). BECAUSE SOME STATES AND JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

(b) **IF THE FOREGOING EXCLUSION OF LIABILITY IS HELD TO FAIL OF ITS ESSENTIAL PURPOSE OR IS OTHERWISE DEEMED TO BE UNENFORCEABLE, IN WHOLE OR IN PART, FOR ANY REASON, THEN THE MAXIMUM AGGREGATE, CUMULATIVE LIABILITY OF SHOPATHOME.COM AND ITS AFFILIATES, ARISING OUT OF OR RELATED TO THIS EULA, AND/OR THE BROWSER APP SHALL NOT EXCEED YOUR DIRECT DAMAGES, IF ANY, UP TO TWO HUNDRED AND FIFTY DOLLARS ($250.00). RECOVERY OF DAMAGES UP TO SUCH AMOUNT SHALL BE YOUR SOLE AND EXCLUSIVE REMEDY.**

(c) **THE LIMITATIONS IN THIS SECTION 9 SHALL BE DEEMED TO APPLY TO ALL CAUSES OF ACTION AND ALL LEGAL THEORIES, WITHOUT REGARD TO WHETHER THE DAMAGES ARISE FROM OR RELATE TO (i) BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE OR OTHER TORTS, OR (ii) ANY OTHER CAUSE OF ACTION, HOWEVER STATED. THE EXCLUSION OF CONSEQUENTIAL DAMAGES UNDER SECTION 9(a) IS INDEPENDENT OF YOUR EXCLUSIVE REMEDY AND SURVIVES IF SUCH REMEDY FAILS OF ITS ESSENTIAL PURPOSE OR IS OTHERWISE DEEMED TO BE UNENFORCEABLE.** How to Get **Cash Back?**

## 10. YOU ARE RESPONSIBLE FOR YOUR ACTIVITIES

You are fully responsible for your activities using the Browser App. You shall not use the Browser App in any way that is unlawful or that harms us or any other party in any way. Your use of the Browser App is subject to all applicable local, state, national and international laws and regulations.



## 11. EXPORT RESTRICTIONS

You acknowledge that the Browser App licensed hereunder is subject to the export control laws and regulations of the United States. You confirm that with respect to the Browser App, you will not export or re-export it, directly or indirectly, to any countries that are subject to United States export restrictions. You further acknowledge that the Browser App may include technical data subject to export and re-export restrictions imposed by United States law. You agree to comply with all applicable international and national laws that apply to the Browser App, as well as end-user, end-use and destination restrictions issued by the United States and other governments.

## 12. GENERAL TERMS OF EULA

The laws of the State of Colorado govern the performance and interpretation of this EULA, without regard to any conflicts of laws provisions.

This EULA, as it may be modified from time to time, constitutes the entire agreement under which ShopAtHome.com allows you to use the Browser App. If there are any provisions or clauses in this EULA which may now or in the future be held to be illegal or invalid, only those specific terms shall be deemed unenforceable and the remainder of the EULA shall remain in force.

In addition to any other limitations which may be set forth herein, we shall not be responsible for events which are out of our control and which negatively impact the performance or use of the Browser App, such as acts of God, acts by governmental authorities, or other acts not within our control.

The terms of this EULA are in addition to the terms of the Terms and Conditions which you agreed to when you became a Member in the ShopAtHome.com program. In the event of any conflict between the terms of this EULA and the terms of the Terms and Conditions, the terms of this EULA shall prevail.

[01-23-13]

©Copyright Belcaro Group Inc. 1999-2013, All Rights Reserved

---

| ShopAtHome.com | Members | Questions | Follow Us | |
|---|---|---|---|---|
| About | EULA | Help | Facebook | © Copyright Belcaro Group Inc. 1999-2013, All Rights Reserved |
| Press Releases | Privacy Policy | Unsubscribe | Google+ | |
| Contact | Terms and Conditions | | Twitter | |
| Site Map | | | Online Shopping Report | |

