Login | Join Now

Search

ONLINE COUPONS     GROCERY COUPONS     FREE SHIPPING     EXCLUSIVE DEALS     TIPS & ADVICE     MORE +

How to Get
**Cash Back?**

# ShopAtHome.com Terms and Conditions

By using the ShopAtHome.com Site, you agree that you have read and you understand, and consent to the following Terms and Conditions and our Privacy Policy, as well as our EULA if you have downloaded our Browser App, in their entirety including any updates that may be posted on Site from time to time. The Privacy Policy and EULA are incorporated by reference in this Terms and Conditions. If you do not agree to these agreements and policies do NOT use the ShopAtHome.com Site or Browser App. ShopAtHome.com reserves the right to revise this Terms and Conditions, at its sole and absolute discretion, by updating this posting. The revised terms will take effect the date they are posted on the ShopAtHome.com Site. Your continued use of the ShopAtHome.com Site shall be deemed to be your acceptance of the modified terms. Please review these posted terms on a regular basis.

If you need any assistance with the Site, please contact customer service at http://www.shopathome.com/contact.aspx.

**PLEASE NOTE THAT THIS AGREEMENT CONTAINS A BINDING INDIVIDUAL ARBITRATION PROVISION IN PARAGRAPH 13 THAT AFFECTS YOUR RIGHTS TO SUE UNDER THIS AGREEMENT.**

Table of Contents

1. Terms and Definitions
2. Provisions of the ShopAtHome.com Program
3. User Content
4. ShopAtHome.com's Browser App
5. Site Rewards
6. ShopAtHome.com's Deal Posting Policies
7. Member Obligations
8. Termination
9. Data Security; Promotional Messages; Privacy Policy; EULA
10. No Warranty
11. Limitation of Liability
12. Indemnification
13. Dispute Resolution
14. Entire Agreement; Choice of Law; Enforceability; Relationship of the Parties
15. Non-Waiver
16. Copyright Infringement

## 1. TERMS AND DEFINITIONS

The following terms are used throughout the Terms and Conditions, Privacy Policy and EULA and may be interpreted only according to the definitions given here. These terms are capitalized throughout these documents to indicate that they have been specifically defined.

**Affiliate Stores:** The businesses that participate in the ShopAtHome.com program by compensating ShopAtHome.com on a transactional basis. These businesses are usually indicated on the Site by the notation that ShopAtHome.com is an authorized marketing affiliate of the Affiliate Store.

**Cash Back Rewards Minimum Amount:** The minimum balance in a Member's account from Cash Back Rewards that is required for Member to acquire a conditional right to obtain a payment for the Cash Back Rewards. The minimum amount is currently $20.00 in Cash Back Rewards. Merchandise returns, Dormant Account balance reductions, or prior Cash Back Reward payments made to the Member will be deducted from the Member's account. Site Rewards do not count toward the Cash Back Rewards Minimum Amount. A Member has no right to payment until: (1) that Member's account has reached the Cash Back Rewards Minimum Amount; and (2) that Member has complied with the requirement to verify his or her information prior to the deadline date for Cash Back Reward check processing.

**Cash Back Rewards:** Credits to Members' accounts via Qualified Purchases of goods and services.

**Coupons:** Coupons, deals, discounts, special offers, promotional codes, or sales offered by Affiliate Stores or other Merchants.

**Dormant Account:** A Member's account that has not been credited with a valid Qualified Purchase during any rolling twelve consecutive calendar month period.

**Member:** Anyone who meets ShopAtHome.com's membership requirements and sets up a membership account with ShopAtHome.com.

**Merchant:** A business featured on the Site. Not all Merchants are Affiliate Stores.

**Qualified Purchases:** A Qualified Purchase is a purchase that a Member has made at an Affiliate Store's website after: (a) going to the Site and connecting to the Affiliate Store from a designated Cash Back link from the Site; (b) clicking on a Browser App slider that appears when a Member visits the website of an Affiliate Store; (c) clicking on a link in an e-mail from ShopAtHome.com that goes directly to an Affiliate Store; or (d) any time the Browser App redirects a Member through the Site back to the Affiliate Store website. The Qualified Purchase amount is calculated by the Affiliate Store after all discounts, and does not include taxes, shipping charges, or other fees.

The following is a non-exclusive list of some issues that may prevent a purchase from being a Qualified Purchase:

a. If there is an intervening outclick between the ShopAtHome.com click and visiting the Affiliate Store, any purchase made at the Affiliate Store will not be a Qualified Purchase. A Qualified Purchase must be made in the session immediately following the click through to the Affiliate Store, within the period during which the Affiliate Store will track the purchase back to ShopAtHome.com, which may be as little as one hour. (This is referred to as "cookie duration.")
b. Although it is not always noted in the cash back guidelines, many Affiliate Stores have a policy against reselling their products and/or service. If an Affiliate Store reverses or refuses to pay credit to ShopAtHome.com because the Affiliate Store deems the purchase to be reseller activity, the purchase ceases to be a Qualified Purchase.
c. Use of a Coupon that is not affiliated with ShopAtHome.com or one that is not specifically designated as being eligible for plus cash back may prevent a transaction from being a Qualified Purchase. For example, if a User uses a coupon received directly from a merchant (or other non-ShopAtHome.com source) or a pre-purchased discount vouchers (such as Groupon deals), the transaction may not be considered a Qualified Purchase. Also, if a User uses a coupon that is listed on the ShopAtHome.com site, but states "may not qualify for cash back," the purchase may not qualify for cash back.
d. A purchase ceases to be a Qualified Purchase if the purchase is returned to or exchanged by the Affiliate Store, if the Affiliate Store alters the terms or conditions of the purchase, the Cash Back Guidelines for the Affiliate Store posted on the Site are not met, if the Member interacts directly with the Merchant (such as via livechat or phone call during or after the order process)
e. Any time a purchase is not credited to ShopAtHome.com by the Affiliate Store, it is not a Qualified Purchase.

**Browser App:** Downloadable browser app (or, in some browsers, an extension or add-on) or other similar term used to describe downloadable software (including configuration and data files) that provides you access to Coupons based on a search conducted by you or that are offered based upon sites you visit or searches you conduct in your browser where the Browser App is installed and is enabled.

**Site:** ShopAtHome.com.

**Site Rewards:** Credits to a Member's account that are not based on Qualified Purchases, such as Tell-A-Friend Rewards, promotional bonuses, or points-based rewards.

**Tell-A-Friend Rewards:** The Site Reward credited to Member's account when someone registers with ShopAtHome.com, names the referring Member on his or her registration form as the referring party, and makes a Qualified Purchase within 30 days of the registration date. The new Member also receives a Site Reward credit to his or her account.

**User:** Anyone who uses the ShopAtHome.com Site without becoming a Member.

## 2. PROVISIONS OF THE SHOPATHOME.COM PROGRAM

**a. Cash Back Rewards, Qualified Purchases, Credit Accrual, and Payments.** Cash Back Rewards are available only on Qualified Purchases, and are subject to these Terms and Conditions. The amount of Cash Back Rewards may vary depending on the page or media by which you make the Qualified Purchase. It is the Member's responsibility to check the Cash Back guidelines on the Site for each purchase. Alterations to Cash Back Rewards may be made by ShopAtHome.com in its sole discretion. Determination of whether or not a purchase made at an Affiliate Store is Qualified Purchase is at the sole and absolute discretion of ShopAtHome.com. For Qualified Purchases that cease to be Qualified Purchases, Members will not receive Cash Back Rewards for such purchase. You must have cookies enabled on your web browser to participate in the Cash Back Rewards program. ShopAtHome.com reserves the right to make adjustments for returns, system errors and cancellations. ShopAtHome.com is not responsible for tracking problems resulting from incorrect usage of the Site, from disabling cookies, or from any other failure of tracking mechanisms software. ShopAtHome.com is not responsible for any errors in advertisements.

Generally it takes thirty (30) days for a Qualified Purchase to be posted to a Member's account. Some Affiliate Stores may not notify ShopAtHome.com of a Qualified Purchase until the date of fulfillment (e.g., date travel is completed rather than date of purchase for the travel industry).

Subject to compliance with these Terms and Conditions, approximately sixty days after a Member's account reaches the Cash Back Rewards Minimum Amount, a payment will be made to the Member on the next scheduled payment date per the following schedule (generally payment is made about sixty days after the Cash Back Rewards are posted to the Member's account, to allow for returns processing):

| Cash Back Posted to Account By | Date Check Mailed* |
|---|---|
| February 28, 2013 | April 30, 2013 |
| March 31, 2013 | May 31, 2013 |
| April 30, 2013 | June 30, 2013 |
| May 31, 2013 | July 31, 2013 |
| June 30, 2013 | August 31, 2013 |

| | |
|---|---|
| July 31, 2013 | September 30, 2013 |
| August 31, 2013 | October 31, 2013 |
| September 30, 2013 | November 30, 2013 |
| October 31, 2013 | December 31, 2013 |
| November 30, 2013 | January 31, 2014 |
| December 31, 2013 | February 28, 2014 |
| January 31, 2014 | March 31, 2014 |
| February 28, 2014 | April 30, 2014 |
| March 31, 2014 | May 31, 2014 |
| April 30, 2014 | June 30, 2014 |

*Checks are mailed on or around these dates.

How to Get **Cash Back?**

All Cash Back Rewards and Site Rewards are paid in U.S. dollars. You must have accrued the Cash Back Rewards Minimum Amount as defined in Section 1 in your account for a payment to be issued. If you have less than the Cash Back Rewards Minimum Amount in your account, the Cash Back Rewards amounts roll over to the next scheduled payment period, subject to the Dormant Account provisions.



**b. Verification Necessary to Receive a Check.** Prior to becoming eligible to receive a check for Cash Back Rewards or Site Rewards, you will need to verify your contact information. You may do this on the Site by entering your contact information in the My Account section, or ShopAtHome.com may email you to verify your contact information. You need to verify your information on our Site prior to the deadline date for Cash Back Reward check processing. If you fail to verify your contact information on our Site by the deadline date, your payment will automatically roll over to the next scheduled payment period, subject to the Dormant Account provisions. Cash Back Rewards and Site Rewards in your account are of no value until a payment check is actually issued to you as set forth in these Terms and Conditions and properly cashed by you. Specifically, these Terms and Conditions require that you have the Cash Back Rewards Minimum Amount in your account AND that you have verified your contact information prior to the date for the processing the Cash Back Reward checks. Any account that currently has a balance of less than the Cash Back Rewards Minimum Amount, regardless of whether that account may have previously had a higher balance, has no value as of that time.

**You are responsible for adding ShopAtHome.com to your email service provider's safe sender list.** ShopAtHome.com is not responsible for a Member's failure to receive an email from ShopAtHome.com.

**Please keep your email address on file with us current. ShopAtHome.com uses your email to contact you. If your email is not current with us, you may not receive emails that may be sent requesting contact verification, and thus not receive your check.**

**c. Dormant Account Balance Reductions.** It costs us money to maintain Member accounts in which there is no activity for an extended period of time. For this reason, we apply balance reductions to accounts that have no activity for a period of twelve (12) months. We encourage Members to use their accounts, and upon request, we will restore Cash Back Rewards or Site Rewards that have been reduced for inactivity.

If your account becomes a Dormant Account as defined in Section 1 above, ShopAtHome.com will apply a Dormant Account balance reduction equal to 50% of the then-current account balance once during every calendar year in which the account is a Dormant Account, and will apply a Dormant Account balance reduction equal to 50% of the then-current account balance once during every calendar year period thereafter if the account remains a Dormant Account. Once your Dormant Account balance reaches $5.00 or less, ShopAtHome.com will apply a Dormant Account balance reduction equal to the lesser of $5.00 or the balance of your account and may cancel your account.

If the above-described reductions are applied to your account or if your account is cancelled as described above, you may reactivate your account by filling out and submitting this form. After we receive the form, ShopAtHome.com will reactivate your account and restore the account balance that was available as of the date the account became a Dormant Account.

**d. Account Adjustments.** Cash Back Rewards and Site Rewards accrued to your account are subject to adjustment due to, among other things, Affiliated Store adjustments to ShopAtHome.com's commissions for cancellations, returns, errors and other events. ShopAtHome.com may make such adjustments to Member accounts at any time at its sole discretion. In the event you disagree with any adjustment made to your account, you are required to let us know by email within thirty (30) days after the disputed adjustment has been posted to the Cash Back Rewards or Site Rewards section of your account. After thirty (30) days, your sole recourse is to terminate your account with ShopAtHome.com.

**e. Missing Transaction Credits.** Members who believe Cash Back Rewards from a Qualified Purchase are missing from their account after thirty-one (31) days after the date of the Qualified Purchase must contact ShopAtHome.com by using the form found at http://www.shopathome.com/rebateinquiry.aspx ("**Rebate Inquiry Form**") within sixty (60) days of the original Qualified Purchase date concerning the missing transaction. ShopAtHome.com is not responsible for missing transaction(s) if you have failed to contact us within sixty (60) days of the original Qualified Purchase date. While most missing rebate inquiries can be resolved within 30 days of the date the Rebate Inquiry Form is received, inquiries that require additional research with the Affiliate Store can take longer. ShopAtHome.com will contact you by email once we have a resolution to your missing rebate.

**f. Other Reward Programs.** ShopAtHome.com may offer additional Site Rewards based on various promotional programs. Such additional Site Rewards are given to Members in ShopAtHome.com's sole discretion.

**g. Use of Site.** Users may not, and may not induce any third party to, use any "deep-link," "page-scrape," "robot," "spider," or other automatic device, program, algorithm or methodology, or any comparable manual process, to access, acquire, copy, or monitor any portion of the Site or Site information. Further Users may not, and may not induce any third party to, copy, reproduce, create derivative works, republish, post, transmit, or distribute and content from the Site without the prior written approval of ShopAtHome.com.

## 3. USER CONTENT

We allow Members to post comments or other content in certain areas of our Site. Any content posted on Site, including any files attached to posts, expresses only the views of the author of the message and does not necessarily reflect the views of ShopAtHome.com or any person or entity associated with it. You agree that neither ShopAtHome.com, nor any person or entity associated with it, will be held responsible for the contents, accuracy, completeness or validity of any information posted on our Site. You agree that you will not use our Site to post any material, links to any material or files that are or contain material that is knowingly false and/or defamatory, inaccurate, abusive, vulgar, hateful, harassing, obscene, profane, sexually oriented, threatening, invasive of a person's privacy or otherwise violate any applicable law, rules, regulations or ShopAtHome.com policies.

We reserve the right in our absolute discretion to terminate the accounts of Members who infringe copyright or any other intellectual property right or otherwise violate these Terms and Conditions. You agree you will not post any material that is copyrighted or subject to a third party's intellectual property rights without the express permission of the holder of such rights, unless such rights are owned by you.

You hereby grant ShopAtHome.com a perpetual, world-wide, royalty-free license to distribute, copy, adapt, reproduce, transmit, create derivate works and otherwise use content and information you post on Site for any purpose and in any media now known or hereinafter developed. You expressly agree that ShopAtHome.com is free to use any ideas, concepts, know-how, or techniques contained in any posting or communication you send to us without compensation and for any purpose whatsoever, including but not limited to developing, manufacturing and marketing products and services using such information.

You further agree that we may, but are not required to, moderate or review any content posted by you to the Site, and may edit or remove such content if we believe it violates the Privacy Policy, these Terms and Conditions, or is otherwise inappropriate or objectionable. You also acknowledge that any information that you post to our Site may be viewable by other users, as well as visitors to our Site. We are not responsible for the privacy of any information that you choose to post to our Sites or for the accuracy of any information contained in those postings. Any information that you disclose becomes public information.

## 4. SHOPATHOME.COM'S BROWSER APP

ShopAtHome.com offers a browser app, it is designed to help you take advantage of ShopAtHome.com's Cash Back Rewards or Coupons

Please see our End User License Agreement at http://www.shopathome.com/end-user-license-agreement.aspx (which such terms and conditions are hereby incorporated to these Terms and Conditions) for more information, and http://www.shopathome.com/sahpages/freetoolbar.aspx to install this valuable shopping aid.

If you decide at any time that you wish to remove the Browser App from your computer, please see the removal instructions at http://www.shopathome.com/end-user-license-agreement.aspx.

## 5. SITE REWARDS

**a. Points-Based Rewards**

You may earn points through the Site, which may be redeemable for extra Cash Back Rewards, gift cards, merchandise, or other non-Qualified Purchases in ShopAtHome.com's sole discretion.

**b. Tell-A-Friend Reward**

A Site Reward credit may be posted to your Member account when another individual registers through the unique Tell-A-Friend link the Member has sent to them, and makes Qualified Purchase within thirty (30) days of registration ("**Tell-A-Friend Reward**"). The new Member will also receive a Site Reward credit to his or her account. If the referred individual is already a registered Member of ShopAtHome.com, no Tell-A-Friend Reward is earned. Self-referrals are prohibited (please see Section 7(d) below).

ShopAtHome.com reserves the right to end the Tell-A-Friend Reward program, change the bonus rate or otherwise modify the program in any way, at any time, and without notice, although all previously properly earned Tell-A-Friend Reward will be paid per the terms set forth in this section.

Referrals from ShopAtHome.com-affiliated bloggers do not qualify for Tell-A-Friend Reward. However, users who register as a result of a ShopAtHome.com-affiliated blog are eligible for a sign-up bonus if they: (a) click through to ShopAtHome.com from a link on a participating blog; (b) sign up as a new member when they reach the registration box from that link; and (c) make a Qualified Purchase within 30 days of registering.

Members may not use unsolicited email, Usenet, or message board postings ("SPAM") to gather Tell-A-Friend Reward, referrals or points-based rewards. Any use of SPAM to promote ShopAtHome.com, as determined at the sole and absolute discretion of ShopAtHome.com, will result in the termination of your account and forfeiture of all accrued Cash Back Rewards, Site Rewards or other credits. In addition, you may be subject to state and federal penalties or other legal consequences under applicable laws, regulations or rules.

**c. Promotional Bonuses**

From time to time, in its discretion, ShopAtHome.com may offer other promotional bonuses. The terms and conditions applicable to those bonuses will be explained separately in conjunction with those bonus offers (and are incorporated by reference in these Terms and Conditions).

**d. Site Reward Credits**

Site Rewards, such as the Tell-A-Friend Reward and promotional bonuses, are payable only when a Member has met the Cash Back Rewards Minimum Amount and complied with the conditions for payment of the Cash Back Reward.

## 6. SHOPATHOME.COM'S DEAL POSTING POLICIES

Subject to these Terms and Conditions, we encourage Members and Users to search for and post Coupons on ShopAtHome.com for the benefit of our entire community.

Go to http://www.shopathome.com/coupon/upload.aspx to find our simple posting instructions.

You shall follow the following:

- Both corporate discount Coupons (i.e., Coupons which allow a discount to corporate entities rather than individuals) and employee discount Coupons (i.e., Coupons which allow a discount for employees of a specific company) are prohibited.
- All posted links must be fully functional.
- Coupons that pertain to products and/or information that is pornographic, hate-related, threatening, libelous, defamatory, abusive, vulgar, hateful, threatening, profane, sexually-oriented, obscene, harassing or otherwise contain objectionable or offensive material are prohibited, in the sole and exclusive discretion of ShopAtHome.com. Members and Users shall not post any Coupons that contain knowingly false or inaccurate information or that are invasive of a person's privacy or otherwise violate any applicable law, rules, regulations or ShopAtHome.com policies.
- Coupons for points, miles, or other non-transferrable membership benefits are prohibited.
- If we are notified by a Merchant that a posted Coupon is not valid, or if the Merchant requests for any reason that we remove a Coupon, we have the right to remove it immediately from Site without prior warning.
- All trademarks on the ShopAtHome.com Site are the property of their respective owners.
- We have the right to remove and/or prohibit the posting of any Coupon or other content that we deem unacceptable for any reason without prior notice.
- Coupons not identified as "Plus Cash Back" will not include Cash Back Rewards.
- Coupons not affiliated with ShopAtHome.com (although they may be available on the Site), may not be eligible for Cash Back Rewards.

## 7. MEMBER OBLIGATIONS

**a. Compliance with Member Terms and Conditions.** Membership with ShopAtHome.com is subject to the Terms and Conditions. ShopAtHome.com reserves the right to terminate your membership for failure to comply with the Terms and Conditions, any fraud or abuse relating to the accrual of Cash Back Rewards and Site Rewards, misrepresentation of any information provided to ShopAtHome.com or its Affiliate Stores or any other reason deemed appropriate in ShopAtHome.com's sole and exclusive discretion. In addition to any other provisions of the Terms and Conditions, if your membership is terminated by ShopAtHome.com, ShopAtHome.com may refuse to pay some or all of the amounts credited to your account if such amounts appear to have been earned in violation, or after violation, of the Terms and Conditions or appear to have been otherwise unlawfully obtained. Should your account be terminated by ShopAtHome.com, you are prohibited from re-enrolling under a new account unless expressly invited to do so by ShopAtHome.com.

**b. Must be 18 Years of Age.** You must be 18 years or older to have a Member account with ShopAtHome.com or otherwise participate in the ShopAtHome.com program.

**c. United States or Canada Resident.** You must be a legal resident of and maintain a physical residential address in the United States or Canada to have a Member account with ShopAtHome.com or otherwise participate in the ShopAtHome.com program.

**d. Acceptable Use.** You may maintain only a single Member account in the program at any given time. Any duplicate accounts are subject to cancellation and the loss of Cash Back Rewards, Site Rewards or any other credits.

No machines, scripts or automated services may be used with the Site or a Member account. Any attempt to tamper, hack, spoof, copy, modify, introduce malicious or disabling code or otherwise corrupt the administration, security or proper function of any part of ShopAtHome.com will result in termination of membership, loss of Cash Back Rewards, Site Rewards and any other credits and may bar you from future participation with ShopAtHome.com, and may result in legal action.

The use of any trademarks on ShopAtHome.com, including but not limited to those belonging to our Affiliate Stores, is prohibited without express written permission from ShopAtHome.com and/or the owner of any such trademark.

**e. Update Contact Information.** You agree to provide ShopAtHome.com with accurate contact information and keep it updated to facilitate the payment or provision of your Cash Back Rewards, Site Rewards or any other credits. Prior to becoming eligible to receive a check for Cash Back Rewards or Site Rewards, you will need to provide and/or verify your contact information.

**f. Protecting Your Password.** Your password and account are personal to you and are non-transferable. You may not allow anyone else to use your password or account. ShopAtHome.com is entitled to act on instructions received under your password and shall not be liable for losses that are incurred through the use of your password by a third party. Cash Back Rewards, Site Rewards or any other credits earned under the program cannot be assigned or transferred to a third party.

**g. Potential Tax Obligations.** You may be taxed on your receipt of Cash Back Rewards, Site Rewards or any other credits depending on the amount you receive and the tax laws of your federal, state and local jurisdictions. You will be responsible for any and all tax liabilities arising out of your receipt of Cash Back Rewards, Site Rewards or any other credits.

**h. Cancellation of Your Membership.** ShopAtHome.com may cancel your account if your account has become a Dormant Account and has a balance of $0.00. You may cancel your membership at any time by contacting Customer Service at http://www.shopathome.com/contact.aspx. Should you decide to cancel your membership you will forfeit all earned Cash Back Rewards, Site Rewards, and any other credits. If you choose to re-enroll at a later date, you will be assigned a new account with a starting balance of $0.

## 8. TERMINATION

ShopAtHome.com reserves the right to immediately terminate the ShopAtHome.com program at any time with notice. If the Cash Back Rewards in your Member account meet the Cash Back Reward Minimum Amount, and you have verified your address no later than 30 days following the notice of termination of the program, ShopAtHome.com will send you a check for your account balance. If you do not meet the Cash Back Reward Minimum or do not verify your address, your entire account balance will be forfeited.. Notification of program termination shall be effective upon our sending such notice to the email address that ShopAtHome.com has associated with your account in "My Account Settings."

## 9. DATA SECURITY; PROMOTIONAL MESSAGES; PRIVACY POLICY; EULA

**a. Data Security.** ShopAtHome.com uses appropriate industry practices to safeguard the confidentiality of your account information and to prevent unauthorized access, maintain data accuracy, and ensure the correct use of information. However, no data transmitted over the Internet can be 100% secure. Consequently, while ShopAtHome.com makes reasonable efforts to protect your personal information, we cannot warranty the security of information that you provide to ShopAtHome.com or Affiliate Stores.

**b. Promotional Messages/Opt-out.** When you join the ShopAtHome.com program, you are given the option to agree to receive ShopAtHome.com notifications and promotional emails, e-newsletters and other email special offers. If you change your mind and do not wish to receive these emails, you may opt out at any time by updating your account information by clicking on the unsubscribe link on the email itself, or by clicking on the My Account or Email Preferences link at the bottom of the ShopAtHome.com homepage when you are logged in to the Site.

**c. Privacy Policy and Browser App EULA Incorporated by Reference.** By using the ShopAtHome.com Site, you agree that you have reviewed and accepted our Privacy Policy and, if you are a Browser App user, our Browser App EULA. In addition, by joining ShopAtHome.com, you have authorized us to receive account information from Affiliate Stores including, but not limited to, information on Qualified Purchases such as the products ordered, the order number, the time and date of the Qualified Purchase, the amount of the Qualified Purchases, SKU data, and the email address entered for the Qualified Purchase.

## 10. NO WARRANTY

YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE, AND ANY INFORMATION, CONTENT, SERVICES AND MATERIALS CONTAINED IN, ACCESSED VIA, OR DESCRIBED ON THE SITE, IS AT YOUR OWN RISK, AND THAT ALL SUCH INFORMATION, CONTENT, SERVICES AND MATERIALS ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, SHOPATHOME.COM MAKES NO, AND HEREBY DISCLAIMS ALL, REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE AVAILABILITY, OPERATION AND USE OF THE SITE OR THE INFORMATION, CONTENT, MATERIALS OR SERVICES ON OR ACCESSED VIA THE SITE, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, NON-INFRINGEMENT, AND IMPLIED WARRANTIES ARISING FROM COURSE OF DEALING OR COURSE OF PERFORMANCE. IN ADDITION, SHOPATHOME.COM DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THE SITE IS ACCURATE, COMPLETE OR CURRENT, AND IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS THEREIN OR FOR ANY ADVERSE CONSEQUENCES RESULTING FROM YOUR RELIANCE ON ANY ASPECT OF SITE. FURTHER, SHOPATHOME.COM MAKES NO REPRESENTATIONS AND WARRANTIES THAT THE SITE WILL BE UNINTERRUPTED, SECURE, OR FREE OF ERRORS, VIRUSES, OR OTHER HARMFUL COMPONENTS.

SHOPATHOME.COM DOES NOT WARRANT, GUARANTEE, OR ENSURE:

- THE QUALITY OF ANY PRODUCT OR SERVICE PROVIDED BY AFFILIATE STORES OR OTHER MERCHANTS
- THAT COUPONS APPEARING ON THE SITE WILL BE ACCEPTED BY AFFILIATE STORES OR OTHER MERCHANTS
- THAT COUPONS WILL BE VALID, USABLE OR THAT AMOUNTS OR PRICES SHOWING ON COUPONS OR THE SITE ARE CORRECT

SHOPATHOME.COM IS NOT RESPONSIBLE FOR CHANGES TO, OR DISCONTINUANCE OF, ANY AFFILIATE STORE OR OTHER MERCHANT, OR FOR ANY EFFECT ON ACCRUAL OF CREDITS CAUSED BY SUCH CHANGES OR DISCONTINUANCE. SHOPATHOME.COM IS ALSO NOT RESPONSIBLE FOR ANY FAILURE TO RECEIVE INFORMATION FROM AN AFFILIATE STORE REGARDING A QUALIFIED PURCHASE AND IS NOT REQUIRED TO CREDIT YOUR ACCOUNT FOR QUALIFIED PURCHASE MADE BY YOU IF SHOPATHOME.COM DOES NOT RECEIVE INFORMATION REGARDING THE QUALIFIED PURCHASE. . SHOPATHOME.COM IS NOT RESPONSIBLE FOR THE CONTENT OR ACCURACY OF ANY THIRD-PARTY ADVERTISING ON THE SITE, OR FOR ANYTHING THAT OCCURS IF THE USER CLICKS ON SUCH ADVERTISEMENTS.

## 11. LIMITATION OF LIABILITY

IN NO EVENT SHALL SHOPATHOME.COM AND ITS AFFILIATE STORES, OTHER MERCHANTS, SUPPLIERS, AFFILIATES, DISTRIBUTORS AND ADVERTISERS (COLLECTIVELY, THE "AFFILIATES") AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS AND REPRESENTATIVES BE LIABLE TO YOU OR ANY THIRD PARTY FOR DAMAGES OF ANY KIND ARISING OUT OF THE USE OF, ACCESS TO, RELIANCE ON, INABILITY TO USE OR IMPROPER USE OF SITE OR ANY INFORMATION, CONTENT, MATERIALS OR SERVICES AVAILABLE THEREON (INCLUDING, BUT NOT LIMITED TO, ANY DIRECT, INDIRECT, SPECIAL, EXEMPLARY, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES OR DAMAGES FOR LOSS OF PROFITS, GOODWILL OR REVENUE, BUSINESS INTERRUPTION, OR LOSS OF DATA), EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT, OR OTHERWISE. SHOPATHOME.COM AND ITS AFFILIATE STORES, OTHER MERCHANTS, SUPPLIERS, AFFILIATES, DISTRIBUTORS AND ADVERTISERS (COLLECTIVELY, THE "AFFILIATES") AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS AND REPRESENTATIVES LIABILITY TO YOU ARISING OUT OF OR RELATED TO THIS AGREEMENT, INCLUDING WITHOUT LIMITATION LIABILITY FOR NEGLIGENCE, WILL NOT EXCEED $250.00.

CERTAIN STATE LAWS MAY NOT PERMIT LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN TYPES OF DAMAGES, AND THUS SOME OR ALL OF THE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS ABOVE MAY NOT APPLY TO YOU.

## 12. INDEMNIFICATION

You agree to indemnify and hold ShopAtHome.com, its affiliates and their respective parents, subsidiaries officers, directors, employees, agents and representatives harmless from any claim or demand, including reasonable attorney's fees, made by any third party due to or arising in any way out of: (a) your participation in the ShopAtHome.com program, (b) your use of the Browser App, (c) any violation of this Terms and Conditions by you, (d) the violation, infringement or misappropriation by you, or another User of the program using your account, of any intellectual property or other right of any person or entity, or (e) any pornographic, hate-related, threatening, libelous, obscene, harassing or otherwise objectionable or offensive material contained in any of your postings or other communications.

## 13. DISPUTE RESOLUTION

**a. Purpose.** If you have a Dispute (as defined below) with ShopAtHome.com that cannot be resolved through an informal dispute resolution with ShopAtHome.com, you or ShopAtHome.com may elect to arbitrate that Dispute in accordance with the terms of this Dispute resolution provision rather than litigate the Dispute in court. Arbitration means you will have a fair hearing before a neutral arbitrator instead of in a court by a judge or jury.

**b. Definitions.** The term "Dispute" means any dispute, claim, or controversy between you and ShopAtHome.com regarding any aspect of your relationship with ShopAtHome.com, whether based in contract, statute, regulation, ordinance, tort (including, but not limited to, fraud, misrepresentation, fraudulent inducement, negligence, or any other intentional tort), or any other legal or equitable theory, and includes the validity, enforceability or scope of this Dispute Resolution provision (with the exception of the enforceability of the class action waiver clause provided in this paragraph). "Dispute" is to be given the broadest possible meaning that will be enforced. As used in this Dispute Resolution provision, "ShopAtHome.com" means Belcaro Group, Inc., d/b/a ShopAtHome.com and its parents, subsidiaries and affiliated companies and each of their respective owners, officers, directors, employees and agents.

**c. Right to Opt Out of Arbitration.** IF YOU DO NOT WISH TO BE BOUND BY THIS ARBITRATION PROVISION, YOU MUST NOTIFY SHOPATHOME.COM IN WRITING WITHIN 30 DAYS OF THE DATE THAT YOU FIRST ACCEPT THIS AGREEMENT BY VISITING http://www.shopathome.com/contact.aspx, OR BY MAIL TO SHOPATHOME.COM, 7100 EAST BELLEVIEW AVE, SUITE 208 (ATTN: LEGAL DEPARTMENT), GREENWOOD VILLAGE, CO 80111. YOUR WRITTEN NOTIFICATION TO SHOPATHOME.COM MUST INCLUDE YOUR NAME AND ADDRESS AS WELL AS A CLEAR STATEMENT THAT YOU DO NOT WISH TO RESOLVE DISPUTES WITH SHOPATHOME.COM THROUGH ARBITRATION. YOUR DECISION TO OPT OUT OF THIS ARBITRATION PROVISION WILL HAVE NO ADVERSE EFFECT ON YOUR RELATIONSHIP WITH SHOPATHOME.COM OR THE DELIVERY OF SERVICES TO YOU BY SHOPATHOME.COM. IF YOU HAVE PREVIOUSLY NOTIFIED SHOPATHOME.COM OF YOUR DECISION TO OPT OUT OF ARBITRATION, YOU DO NOT NEED TO DO SO AGAIN.

**d. Initiation of Arbitration Proceeding/Selection of Arbitrator.** If you or ShopAtHome.com resolve your Dispute through arbitration pursuant to this Dispute resolution provision, the party initiating the arbitration proceeding may initiate the arbitration proceeding with American Arbitration Association ("AAA"), 335 Madison Ave., Floor 10, New York, NY 10017-4605, 1-800-778-7879, www.adr.org under the Commercial Arbitration Rules of the AAA.

**e. Arbitration Procedures.** Because the Service(s) provided to you by ShopAtHome.com concerns interstate commerce, the Federal Arbitration Act ("FAA"), not state arbitration law, shall govern the arbitrability of all Disputes. However, applicable federal law or the law of the state where you receive the service from ShopAtHome.com may apply to and govern the substance of any Disputes. Any state statutes pertaining to arbitration shall not be applicable under this Dispute resolution provision.

If there is a conflict between this Dispute resolution provision and the rules of the arbitration organization chosen, this Dispute resolution provision shall govern. If the arbitration organization that you select will not enforce this Dispute resolution provision as written, it cannot serve as the arbitration organization to resolve your dispute with ShopAtHome.com. If this situation arises, the parties shall agree on a substitute arbitration organization. If the parties are unable to agree, the parties shall mutually petition a court of appropriate jurisdiction to appoint an arbitration organization that will enforce this Dispute resolution provision as written. If there is a conflict between this Dispute resolution provision and the rest of the Terms and Conditions, this Dispute resolution provision shall govern.

A single arbitrator will resolve the Dispute. Participating in arbitration may result in limited discovery depending on the rules of the arbitration organization that is chosen to resolve the Dispute. The arbitrator will honor claims of privilege recognized by law and will take reasonable steps to protect customer account information and other confidential or proprietary information.

The arbitrator will make any award in writing but need not provide a statement of reasons unless requested by a party. An award rendered by the arbitrator may be entered in any court having jurisdiction over the parties for purposes of enforcement.

If an award granted by the arbitrator exceeds $75,000, either party can appeal that award to a three-arbitrator panel administered by the same arbitration organization by a written notice of appeal filed within thirty (30) days from the date of entry of the written arbitration award. The members of the three-arbitrator panel will be selected according to the rules of the arbitration organization. The arbitration organization will then notify the other party that the award has been appealed. The three-arbitrator panel will issue its decision within one hundred and twenty (120) days of the date of the appealing party's notice of appeal. The decision of the three-arbitrator panel shall be final and binding, except for any appellate right which exists under the FAA.

**f. Restrictions:**

YOU MUST FILE A CLAIM WITHIN ONE (1) YEAR OF THE DATE OF THE OCCURRENCE OF THE EVENT OR FACTS GIVING RISE TO A DISPUTE, OR YOU WAIVE THE RIGHT TO PURSUE ANY CLAIM BASED UPON SUCH EVENT, FACTS, OR DISPUTE.

ALL PARTIES TO THE ARBITRATION MUST BE INDIVIDUALLY NAMED. THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS ACTION OR CONSOLIDATED BASIS OR ON BASES INVOLVING CLAIMS BROUGHT IN A PURPORTED REPRESENTATIVE CAPACITY ON BEHALF OF THE GENERAL PUBLIC (SUCH AS A PRIVATE ATTORNEY GENERAL), OTHER SUBSCRIBERS, OR OTHER PERSONS SIMILARLY SITUATED UNLESS THE STATUTE UNDER WHICH YOU ARE SUING PROVIDES OTHERWISE.

**g. Location of Arbitration.** The arbitration will take place in Denver, Colorado.

**h. Payment of Arbitration Fees and Costs.** SHOPATHOME.COM WILL ADVANCE ALL ARBITRATION FILING FEES AND ARBITRATOR'S COSTS AND EXPENSES UPON YOUR WRITTEN REQUEST GIVEN PRIOR TO THE COMMENCEMENT OF THE ARBITRATION. YOU ARE RESPONSIBLE

FOR ALL ADDITIONAL COSTS THAT YOU INCUR IN THE ARBITRATION, INCLUDING, BUT NOT LIMITED TO, ATTORNEYS OR EXPERT WITNESSES. IF THE ARBITRATION PROCEEDING IS DECIDED IN SHOPATHOME.COM'S FAVOR, YOU SHALL REIMBURSE SHOPATHOME.COM FOR THE FEES AND COSTS ADVANCED TO YOU ONLY UP TO THE EXTENT AWARDABLE IN A JUDICIAL PROCEEDING. IF THE ARBITRATION PROCEEDING IS DETERMINED IN YOUR FAVOR, YOU WILL NOT BE REQUIRED TO REIMBURSE SHOPATHOME.COM FOR ANY OF THE FEES AND COSTS ADVANCED BY SHOPATHOME.COM. IF A PARTY ELECTS TO APPEAL AN AWARD TO A THREE-ARBITRATOR PANEL, THE PREVAILING PARTY IN THE APPEAL SHALL BE ENTITLED TO RECOVER ALL REASONABLE ATTORNEYS' FEES AND COSTS INCURRED IN THAT APPEAL. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS ARBITRATION PROVISION, SHOPATHOME.COM WILL PAY ALL FEES AND COSTS THAT IT IS REQUIRED BY LAW TO PAY.

**i. Severability.** If any clause within this Dispute resolution provision (other than the class action waiver clause identified above) is found to be illegal or unenforceable, that clause will be severed from this Dispute resolution provision, and the remainder of this Dispute resolution provision will be given full force and effect. If the class action waiver clause is found to be illegal or unenforceable, the entire Dispute resolution provision will be unenforceable, and the dispute will be decided by a court.

In the event this entire Dispute resolution provision is determined to be illegal or unenforceable for any reason, or if a claim is brought in a Dispute that is found by a court to be excluded from the scope of this Dispute resolution provision, you and ShopAtHome.com have each agreed to waive, to the fullest extent allowed by law, any trial by jury.

**j. Exclusions from Arbitration.** YOU AND SHOPATHOME.COM AGREE THAT THE FOLLOWING WILL NOT BE SUBJECT TO ARBITRATION: (1) ANY CLAIM FILED BY YOU OR BY SHOPATHOME.COM THAT IS NOT AGGREGATED WITH THE CLAIM OF ANY OTHER CUSTOMER AND WHOSE AMOUNT IN CONTROVERSY IS PROPERLY WITHIN THE JURISDICTION OF A COURT THAT IS LIMITED TO ADJUDICATING SMALL CLAIMS; (2) ANY DISPUTE OVER THE VALIDITY OF ANY PARTY'S INTELLECTUAL PROPERTY RIGHTS; AND (3) ANY DISPUTE RELATED TO OR ARISING FROM ALLEGATIONS ASSOCIATED WITH UNAUTHORIZED USE OR RECEIPT OF A SERVICE.

**k. Continuation.** This Dispute resolution provision shall survive the termination of your customer relationship with ShopAtHome.com.

## 14. ENTIRE AGREEMENT; CHOICE OF LAW; ENFORCEABILITY; RELATIONSHIP OF THE PARTIES

This Agreement constitutes the entire Agreement between you and ShopAtHome.com in connection with general membership in the ShopAtHome.com program and supersedes all prior agreements between the parties regarding the subject matter contained herein. The laws of the State of Colorado govern the performance and interpretation of these Terms and Conditions, without regard to any conflicts of laws provisions. If any provision of this Agreement is found invalid or unenforceable, that provision shall be enforced to the maximum extent possible, and the other provisions contained herein will remain in full force and effect. No failure of either party to exercise or enforce any of its rights under these Terms and Conditions will act as a waiver of such rights. Nothing in this Agreement shall be construed as creating or constituting a partnership, joint venture, agency or other like relationship between you and ShopAtHome.com or between ShopAtHome.com and its Affiliate Stores. Neither the Affiliated Stores nor any other third party shall have the ability to create obligations on ShopAtHome.com's behalf.

## 15. NON-WAIVER

The failure of ShopAtHome.com to insist upon performance of any of the terms and conditions of this Terms and Conditions, or the waiver of any breach of, or the decision to not exercise any of its rights under, any of the terms or conditions of this Terms and Conditions, shall not be construed as thereafter waiving any such terms and conditions, or any other terms and conditions of this Terms and Conditions. Any waiver must in writing and signed by ShopAtHome.com.

## 16. COPYRIGHT INFRINGEMENT

If you believe that your work has been copied in a way that constitutes copyright infringement, please provide our designated Copyright Agent the written information specified below. Please note that this procedure is exclusively for notifying us that your copyrighted material has been infringed.

- An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the site;
- Your address, telephone number, and e-mail address;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

Our Copyright Agent for notice of claims of copyright infringement on its site can be reached as follows:

**ShopAtHome.com**
**Attn: General Counsel**
**7100 E. Belleview Ave., Suite 208**
**Greenwood Village, Colorado 80111**
**legal@shopathome.com**

[03/05/13]

© Copyright Belcaro Group Inc. 1999-2013, All Rights Reserved

**ShopAtHome.com**  
About  
Press Releases  
Contact  
Site Map  

**Members**  
EULA  
Privacy Policy  
Terms and Conditions  

**Questions**  
Help  
Unsubscribe  

**Follow Us**  
Facebook  
Google+  
Twitter  
Online Shopping Report  





How to Get **Cash Back?**

