IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:13 cv 01424

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

    Defendants.

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to D.Colo.L.Civ.R. 7.1, Plaintiff Belcaro Group, Inc. d/b/a Shopathome.com, by and through its counsel Jennifer Golinveaux and Fairfield and Woods, P.C., provides the following corporate disclosure statement:  Plaintiff does not have any parent corporation, or any publicly held corporation owning 10% or more of its stock.

Respectfully submitted this 3rd day of June, 2013.

                                                By:   *s/ Jennifer Golinveaux*
                                                      Jennifer A. Golinveaux

                                                      WINSTION & STRAWN LLP
                                                      101 California Street
                                                      San Francisco, CA  94111
                                                      jgolinveaux@winston.com
                                                      (415) 591-1506 (Telephone)
                                                      (415) 591-1400 (Facsimile)

                                                      and

FAIRFIELD AND WOODS, P.C.

By: *s/ John M. Tanner*
John M. Tanner
John M. Tanner
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Telephone:  (303) 830-2400
Facsimile:  (303) 830-1033
Email:  jtanner@fwlaw.com

Attorneys for Plaintiff
BELCARO GROUP, INC., d/b/a
SHOPATHOME.COM