IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC., f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC, f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company,

    Defendants.

## AFFIDAVIT OF JEFFREY L. GEURTS

STATE OF OKLAHOMA    )
                                ) ss.
COUNTY OF OKLAHOMA )

    Jeffrey L. Geurts, being of lawful age, do upon my oath depose and state as follows:

    1.    QuiBids LLC is an Oklahoma limited liability company. Its principal place of business and corporate headquarters are in Oklahoma City, Oklahoma.

    2.    QuiBids Holdings LLC is a Delaware limited liability company. Its principal place of business and corporate headquarters are in Oklahoma City, Oklahoma. QuiBids Holdings LLC is a subsidiary of QuiBids LLC, which owns approximately 94% of QuiBids Holdings LLC.

1

3. Hereinafter, QuiBids Holdings LLC and QuiBids LLC shall be referred to collectively as "QuiBids".

4. I am the Chief Financial Officer of QuiBids and have served in this capacity since September 15, 2009. I offer this affidavit as a corporate representative of QuiBids.

5. All of QuiBids' employees, officers, and directors work in Oklahoma City.

6. QuiBids has never registered as a business or foreign business with the Colorado Secretary of State, has never been domesticated under Colorado law, and has never had an agent for service of process in Colorado.

7. QuiBids has never maintained an office, a telephone listing, or a mailing address in Colorado. Nor has QuiBids ever owned real property in Colorado.

8. QuiBids has never held any company meetings in Colorado, has never maintained any business records in Colorado, has never had employees stationed in Colorado, and has never maintained any bank accounts in Colorado.

9. None of the members/owners of QuiBids have ever been domiciled in Colorado.

10. QuiBids has never purposefully directed any advertising or otherwise targeted business development at Colorado. QuiBids advertises from time to time in traditional television and print media and also advertises on the internet, but its advertising program is national in character and does not specifically target Colorado or any other state.

11. QuiBids does have customers located in Colorado, but QuiBids' Colorado customers account for only approximately 1.77% of QuiBids' national customer base.

12. Similarly, only approximately 1.72% of QuiBids' total sales revenues are derived from customers located in Colorado.

13.     The number of customers or scope of sales QuiBids has in Colorado does not differ in any significant respect from the number of QuiBids' customers or scope of sales in other states.

14.     QuiBids contracts with a fulfillment company to handle a small amount of inventory for QuiBids. By happenstance, this vendor maintains warehouse space in Colorado. QuiBids did not seek out space in Colorado, and QuiBids enjoys no specific business, strategic or logistical advantage to the vendor maintaining warehouse space in Colorado. The fulfillment company is presently owned by a Texas-based corporation.

15.     Year to date, product maintained by this fulfillment company accounts for only approximately 3.38% of QuiBids' sales revenues.

16.     QuiBids has never authorized YTZ International, Inc. ("YTZ"), Rapid Response Marketing LLC ("RRM"), or Turn Two Media ("Turn Two") to act as agents of QuiBids.

17.     QuiBids has never represented to YTZ, RRM or Turn Two, or to anyone else, that any one of these three entities are agents of QuiBids. YTZ and Turn Two have never served as anything other than independent contractors for QuiBids.

18.     QuiBids has no present awareness of ever having done business or entered into any agreement with RRM.

19.     QuiBids is not a party or signatory to any agreements between Belcaro Group, Inc. d/b/a ShopAtHome.com ("SAH"), on the one hand, and YTZ, RRM or Turn Two, on the other hand.

20.     Until counsel for QuiBids contacted SAH in March of 2013 regarding QuiBids' suspicions of SAH's fraudulent practices, QuiBids had never seen a contract between SAH and

3

YTZ, RRM or Turn Two. QuiBids was not specifically aware of the existence of the contracts attached to the Complaint filed by SAH in this case.

21. Beginning in March of 2013, counsel for QuiBids engaged in settlement communications with SAH. Prior to engaging in these settlement communications, QuiBids has no present awareness of ever having any contact with SAH. QuiBids has never had communications with SAH concerning whether any person or entity had authority to act as an agent of QuiBids for advertising or any other function.

I state under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

_____
JEFFREY L. GEURTS, CFO

SUBSCRIBED AND SWORN TO before me this 28 day of June, 2013.

_____
Krystal Black
Notary Public

My commission number is 09007037
and my commission expires 8-20-2013

[S E A L]