**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-1424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC., f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC, f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and D.C. Colo. L. Civ. R. 7.4(A), Defendants QuiBids LLC and QuiBids Holdings LLC hereby make the following disclosure statements:

1.    QuiBids LLC is a privately held limited liability company organized under the laws of the State of Oklahoma.

2.    QuiBids LLC is not a publically held corporation, and no publically held corporation owns 10% or more of QuiBids LLC.

3.    MBDF LLC is the only parent business entity of QuiBids LLC.

4.    QuiBids Holdings LLC is a privately held limited liability company organized under the law of the State of Delaware.

5.    QuiBids Holdings LLC is not a publically held corporation, and no

publically held corporation owns 10% or more of QuiBids LLC.

6. QuiBids LLC is the only parent business entity of QuiBids Holdings LLC.

**DATED** July 1, 2013.

Respectfully submitted,

s/ Gregory T. Metcalfe
Gregory T. Metcalfe, OK Bar # 19526
John M. "Jake" Krattiger, OK Bar # 30617
**GABLEGOTWALS**
One Leadership Square, Suite 1500
211 North Robinson
Oklahoma City, OK  73102-7101
(405) 235-5500 | (405) 235-2875 (fax)
GMetcalfe@gablelaw.com
JKrattiger@gablelaw.com

Steven Janiszewski
Riggs Abney Neal Turpen Orbison & Lewis
7979 E Tufts Avenue Parkway, Suite 1300
Denver, CO 80237
(303) 298-7392 | (303) 298-1319 (fax)
sjaniszewski@riggsabney.com

**Attorneys for Defendants
QuiBids LLC & QuiBids Holdings LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jennifer Ann Golinveaux
Email: jgolinveaux@winston.com

John (Jack) Markham Tanner
Email: jtanner@fwlaw.com

s/ Gregory T. Metcalfe
Gregory T. Metcalfe