IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,
    Plaintiff,
v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC., f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and RAPID RESPONSE MARKETING LLC, f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company,
    Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C. Colo. L. Civ. R. 7.5, Defendants QuiBids LLC and QuiBids Holdings LLC hereby certify that they are presently aware of no cases currently pending in this or any other federal, state or foreign jurisdiction that may be related to this case.

**DATED:** July 1, 2013.

    Respectfully submitted,

    s/ Steven Janiszewski
    Steven Janiszewski
    Riggs Abney Neal Turpen Orbison & Lewis
    7979 E Tufts Avenue Parkway, Suite 1300
    Denver, CO 80237
    (303) 298-7392 | (303) 298-1319 (fax)
    sjaniszewski@riggsabney.com

    Gregory T. Metcalfe, OK Bar # 19526
    John M. "Jake" Krattiger, OK Bar # 30617
    GableGotwals
    One Leadership Square, Suite 1500
    211 North Robinson
    Oklahoma City, OK 73102-7101
    (405) 235-5500 | (405) 235-2875 (fax)
    GMetcalfe@gablelaw.com
    JKrattiger@gablelaw.com
    **Attorneys for Defendants**
    **QuiBids LLC & QuiBids Holdings LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Jennifer Ann Golinveaux
    Email: jgolinveaux@winston.com

    John (Jack) Markham Tanner
    Email: jtanner@fwlaw.com

                                               s/ Steven Janiszewski
                                               Steven Janiszewski