IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

       Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC., a Canadian corporation
       f/k/a PPX and a/k/a WSF MONETIZATION, a Canadian corporation,
TURN TWO MEDIA, LLC, a New York limited liability company,
RAPID RESPONSE MARKETING LLC, a Nevada limited liability company,
       f/k/a XY7.com a/k/a XY7Elite.com,

       Defendants.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Michael S. Elkin of Winston & Strawn LLP and hereby enters his appearance as counsel on behalf of Plaintiff Belcaro Group, Inc. d/b/a ShopAtHome.com, a Colorado corporation. Mr. Elkin was admitted to the United States District Court for the District of Colorado on June 3, 2013.

All further pleadings and papers herein directed to or affecting this action should be served upon the undersigned.

1

Dated this 1st day of July, 2013.

          Respectfully submitted,

          WINSTON & STRAWN LLP

          */s/ Michael S. Elkin /pw*
          Michael S. Elkin
          WINSTON & STRAWN LLP
          200 Park Avenue
          New York, NY 10166
          Telephone: (212) 294-6700
          Facsimile: (212) 294-4700
          Email: melkin@winston.com

          WINSTON & STRAWN LLP
          Jennifer A. Golinveaux
          101 California Street
          San Francisco, CA 94111
          Telephone: (415) 591-1506
          Facsimile: (415) 591-1400
          Email: jgolinveaux@winston.com

          FAIRFIELD AND WOODS, P.C.
          John M. Tanner
          1700 Lincoln Street, Suite 2400
          Denver, CO 80203-4524
          Telephone: (303) 830-2400
          Facsimile. (303) 830-1033
          Email: jtanner@fwlaw.com

          *Attorneys for Plaintiff*
          *BELCARO GROUP, INC., d/b/a*
          *SHOPATHOME.COM*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| Counsel | Party |
| --- | --- |
| Gregory Thomas Metcalfe<br>gmetcalfe@gablelaw.com | *Counsel for Defendants Quibids LLC and Quibids Holdings LLC* |
| John Michael Krattiger<br>jkrattiger@gablelaw.com | *Counsel for Defendants Quibids LLC and Quibids Holdings LLC* |

Michael S. Elkin