**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-1424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

 Plaintiff,
v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC., f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC, f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company,

 Defendants.

---

**UNOPPOSED MOTION FOR WITHDRAWAL OF QUIBIDS DEFENDANTS' MOTION TO DISMISS FOR WANT OF PERSONAL JURISDICTION**

---

  Defendants QuiBids LLC and QuiBids Holdings LLC (collectively referred to as "QuiBids") hereby consent to the Court's exercise of personal jurisdiction over them for the limited purpose of the above-captioned lawsuit and respectfully request that the Court withdraw that aspect of the Motion to Dismiss for Want of Personal Jurisdiction and for Failure to State a Claim Upon Which Relief can be Granted (Doc. No. 13) that sought dismissal for want of personal jurisdiction (the "12(b)(2) Motion"). QuiBids continues to seek dismissal of Plaintiff's claim for tortious interference with contract due to Plaintiff's failure to state a claim upon which relief can be granted (the "12(b)(6) Motion").

### D.C. COLO. L. CIV. R. 7.1(A) CERTIFICATION

QuiBids certifies that, pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel for QuiBids discussed this motion and the relief requested with counsel for Plaintiff on July 15, 2013. Counsel for Plaintiff indicated that Plaintiff has no objection to the relief requested, though Plaintiff expresses no opinion or comment on the substance of the motion.

1. On July 1, 2013, QuiBids filed its Motion to Dismiss for Want of Personal Jurisdiction and for Failure to State a Claim Upon Which Relief Can Be Granted (Doc. No. 13) ("Motion to Dismiss"). QuiBids' Motion to Dismiss contains two (2) distinct claims for relief: (1) a Motion to Dismiss for Want of Personal Jurisdiction ("12(b)(2) Motion") in Part I; and (2) a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted ("12(b)(6) Motion") in Part II.

2. QuiBids believes that Plaintiff has defrauded QuiBids out of significant sums of money. QuiBids has yet to assert its claims because SAH filed the instant declaratory judgment action against QuiBids while the parties were engaged in settlement negotiations. After further consideration of all the implications associated with QuiBids' assertion of its personal jurisdiction defense, QuiBids has decided to consent to proceed in this Court in order to avoid any possibility of prejudice to QuiBids as a result of an extended delay in QuiBids' assertion of its own claims against Plaintiff.

3. Though resolution of QuiBids' personal jurisdiction challenge in this Court would likely be efficient, even with the possibility of jurisdictional discovery and an evidentiary hearing, there remains the possibility of an appeal. Moreover, if successful in its challenge, QuiBids may face similar personal jurisdiction proceedings when bringing suit against

ShopAtHome in Oklahoma. Thus, to avoid a protracted jurisdictional battle, possibly in multiple forums, QuiBids has decided to consent to personal jurisdiction in this Court only for the limited purpose of resolving the above-captioned lawsuit.

4. Notwithstanding QuiBids' confidence in the strength of its personal jurisdiction defense, QuiBids respectfully requests that its 12(b)(2) Motion be withdrawn.

5. If the Court grants the relief requested, QuiBids' 12(b)(2) Motion encompassed by Part I of its Motion to Dismiss, will be withdrawn. QuiBids' 12(b)(6) Motion, encompassed by Part II of its Motion to Dismiss, <u>will not</u> be withdrawn, but will remain before the Court for its determination. This will result in a simplification of the totality of the issues before the Court.

### RELIEF REQUESTED

WHEREFORE, Defendants QuiBids LLC and QuiBids Holdings LLC respectfully request that the Court (1) withdraw that aspect of the Motion to Dismiss for Want of Personal Jurisdiction and for Failure to State a Claim Upon Which Relief can be Granted (Doc. No. 13) that sought dismissal for want of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), and (2) otherwise retain that aspect of the Motion to Dismiss that sought dismissal of Plaintiff's claim for tortious interference with contract due to Plaintiff's failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

s/ Gregory T. Metcalfe
Gregory T. Metcalfe, OK Bar # 19526
John M. "Jake" Krattiger, OK Bar # 30617
**GABLEGOTWALS**
One Leadership Square, Suite 1500
211 North Robinson
Oklahoma City, OK  73102-7101
(405) 235-5500 | (405) 235-2875 (fax)
GMetcalfe@gablelaw.com
JKrattiger@gablelaw.com

Steven Janiszewski
**Riggs Abney Neal Turpen Orbison & Lewis**
7979 E Tufts Avenue Parkway, Suite 1300
Denver, CO 80237
(303) 298-7392 | (303) 298-1319 (fax)
sjaniszewski@riggsabney.com

**Attorneys for Defendants
QuiBids LLC & QuiBids Holdings LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jennifer Ann Golinveaux
Email: jgolinveaux@winston.com

John (Jack) Markham Tanner
Email: jtanner@fwlaw.com

Michael Stuart Elkin
Email: melkin@winston.com

s/ Gregory T. Metcalfe
Gregory T. Metcalfe