**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-1424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC., f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC, f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company,

    Defendants.

---

**ORDER WITHDRAWING QUIBIDS DEFENDANTS'**
**MOTION TO DISMISS FOR WANT OF PERSONAL JURISDICTION**

---

The Unopposed Motion for Withdrawal of QuiBids Defendants' Motion to Dismiss for Want of Personal Jurisdiction (Doc. No. 17) is now before the Court for consideration. Having reviewed the motion, having been advised that the motion is unopposed, and having been advised that Defendants QuiBids LLC and QuiBids Holdings LLC have waived the defense of personal jurisdiction and consented to this Court's exercise of personal jurisdiction over them for purposes of this lawsuit, the Court finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the aspect of the Motion to Dismiss for Want of Personal Jurisdiction and for Failure to State a Claim Upon Which Relief can be Granted (Doc. No. 13) that sought dismissal for want of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) is hereby withdrawn at the request of the QuiBids Defendants. That aspect

of the Motion to Dismiss that sought dismissal of Plaintiff's claim for tortious interference with contract due to Plaintiff's failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6) remains for consideration.

DATED:

BY THE COURT:

_____