**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-1424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC., f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC, f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company,

    Defendants.

---

**QUIBIDS DEFENDANTS'**
**MOTION FOR CLARIFICATION OF MINUTE ORDER**

---

    Defendants QuiBids LLC and QuiBids Holdings LLC (collectively referred to as "QuiBids") respectfully seek clarification of the minute order entered on July 18, 2013, as docket entry 18 granting the QuiBids Defendants' Unopposed Motion for Withdrawal of Motion to Dismiss for Want of Personal Jurisdiction.

    1.    QuiBids' motion sought to (1) withdraw that aspect of its Motion to Dismiss (Doc. No. 13) that sought dismissal for want of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), and (2) otherwise retain that aspect of its Motion to Dismiss that sought dismissal of Plaintiff's claim for tortious interference with contract due to Plaintiff's failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

2. Essentially QuiBids was consenting to personal jurisdiction, but continues to seek dismissal of Plaintiff's tortious interference claim on the basis of Fed. R. Civ. P. 12(b)(6).

3. The minute entry generated through the ECF system reads:

> ORDER withdrawing [13] Motion to Dismiss for Lack of Jurisdiction; withdrawing [13] Motion to Dismiss for Failure to State a Claim; granting [17] Motion to Withdraw by Chief Judge Marcia S. Krieger on 7/18/13. Text Only Entry

4. It appears that the minute entry granted in full the Unopposed Motion for Withdrawal of Motion to Dismiss for Want of Personal Jurisdiction, which would mean that QuiBids' objection to personal jurisdiction was withdrawn, and QuiBids' failure to state a claim defense remains pending. Yet, there is also reference in the minute order to "withdrawing [13] Motion to Dismiss for Failure to State a Claim," which was not intended by QuiBids' Motion.

## RELIEF REQUESTED

WHEREFORE, QuiBids respectfully seeks an order clarifying that the Motion to Dismiss for Failure to State a Claim remains pending.

## D.C. COLO. L. CIV. R. 7.1(A) CERTIFICATION

QuiBids certifies that, pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel for QuiBids discussed this motion and the relief requested with counsel for Plaintiff on July 19, 2013. Counsel for Plaintiff requested inclusion of the following statement:

> While Plaintiff does not intend to oppose QuiBids' Motion for Clarification, Plaintiff believes QuiBids' Motion to Dismiss for Failure to State a Claim lacks merit and intends to oppose it to the extent it remains pending.

Respectfully submitted,

s/ Gregory T. Metcalfe
Gregory T. Metcalfe, OK Bar # 19526
John M. "Jake" Krattiger, OK Bar # 30617
**GABLEGOTWALS**
One Leadership Square, Suite 1500
211 North Robinson
Oklahoma City, OK  73102-7101
(405) 235-5500 | (405) 235-2875 (fax)
GMetcalfe@gablelaw.com
JKrattiger@gablelaw.com

Steven Janiszewski
**Riggs Abney Neal Turpen Orbison & Lewis**
7979 E Tufts Avenue Parkway, Suite 1300
Denver, CO 80237
(303) 298-7392 | (303) 298-1319 (fax)
sjaniszewski@riggsabney.com

**Attorneys for Defendants
QuiBids LLC & QuiBids Holdings LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jennifer Ann Golinveaux
Email: jgolinveaux@winston.com

John (Jack) Markham Tanner
Email: jtanner@fwlaw.com

Michael Stuart Elkin
Email: melkin@winston.com

s/ Gregory T. Metcalfe
Gregory T. Metcalfe