**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

        Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION,
a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM,
a Nevada limited liability company.

        Defendants.

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-01424-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* YTZ International Inc.
was received by me on *(date)* June 7, 2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to the Master Terms and Conditions Agreement between Belcaro Group, Inc. and YTZ International Inc., paragraph 12 (Dkt. No. 1-1), I served the summons and other documents listed below on YTZ International Inc., 530 Richmond Street W, REAR, Toronto, Ontario, M5V 1Y4, Canada on June 13, 2013 by sending them via registered mail using the United States Postal Service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 23, 2013

*Server's signature*

Lura La Cour
Legal Secretary, Winston & Strawn LLP
*Printed name and title*

333 S. Grand Ave.
Los Angeles, CA  90071
*Server's address*

Additional information regarding attempted service, etc:

Additional documents served:
Complaint for Declaratory Relief and Damages; Jury Demand; Civil Cover Sheet; Plaintiff's Corporate Disclosure Statement; Notice of Electronic Filing; Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction
Confirmation of delivery:  I received confirmation via USPS.com on June 20, 2013 that the documents had been delivered.

Respectfully submitted this 23rd day of July, 2013.

>Jennifer A. Golinveaux
>**WINSTON & STRAWN LLP**
>101 California Street
>San Francisco, CA  94111
>jgolinveaux@winston.com
>(415) 591-1506 (Telephone)
>(415) 591-1400 (Facsimile)
>
>Michael S. Elkin
>**WINSTON & STRAWN LLP**
>200 Park Avenue
>New York, NY  10166-4193
>melkin@winston.com
>(212) 294-6700 (Telephone)
>(212) 294-4700 (Facsimile)
>
>Erin R. Ranahan
>**WINSTON & STRAWN LLP**
>333 S. Grand Avenue
>Los Angeles, CA  90071-1543
>eranahan@winston.com
>(213) 615-1700 (Telephone)
>(213) 615-1750 (Facsimile)
>
>FAIRFIELD AND WOODS, P.C.
>
>By:    *s/ John M. Tanner*
>         John M. Tanner
>John M. Tanner
>1700 Lincoln Street, Suite 2400
>Denver, CO  80203-4524
>Telephone:  (303) 830-2400
>Facsimile:  (303) 830-1033
>Email:  jtanner@fwlaw.com
>
>Attorneys for Plaintiff
>BELCARO GROUP, INC., d/b/a
>SHOPATHOME.COM
>5575 DTC Parkway
>Suite 300
>Greenwood Village, CO  80130