**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

        Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC., a Canadian corporation
    f/k/a PPX and a/k/a WSF MONETIZATION, a Canadian corporation,
TURN TWO MEDIA, LLC, a New York limited liability company,
RAPID RESPONSE MARKETING LLC, a Nevada limited liability company,
    f/k/a XY7.com a/k/a XY7Elite.com,

        Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

COMES NOW, Erin R. Ranahan of Winston & Strawn LLP and hereby enters her appearance as counsel on behalf of Plaintiff Belcaro Group, Inc. d/b/a ShopAtHome.com, a Colorado corporation. Ms. Ranahan was admitted to the United States District Court for the District of Colorado on July 11, 2013.

All further pleadings and papers herein directed to or affecting this action should be served upon the undersigned.

1

Dated this 5th day of August, 2013.

                                                    Respectfully submitted,

                                                    WINSTON & STRAWN LLP

                                                    s/ Erin R. Ranahan
                                                    Erin R. Ranahan
                                                    WINSTON & STRAWN LLP
                                                    333 S. Grand Avenue
                                                    Los Angeles, CA 90071-1543
                                                    Telephone: (213) 615-1700
                                                    Facsimile: (213) 615-1750
                                                    Email: eranahan@winston.com

                                                    Michael S. Elkin
                                                    WINSTON & STRAWN LLP
                                                    200 Park Avenue
                                                    New York, NY 10166
                                                    Telephone: (212) 294-6700
                                                    Facsimile: (212) 294-4700
                                                    Email: melkin@winston.com

                                                    WINSTON & STRAWN LLP
                                                    Jennifer A. Golinveaux
                                                    101 California Street
                                                    San Francisco, CA 94111
                                                    Telephone: (415) 591-1506
                                                    Facsimile: (415) 591-1400
                                                    Email: jgolinveaux@winston.com

                                                    FAIRFIELD AND WOODS, P.C.
                                                    John M. Tanner
                                                    1700 Lincoln Street, Suite 2400
                                                    Denver, CO 80203-4524
                                                    Telephone: (303) 830-2400
                                                    Facsimile. (303) 830-1033
                                                    Email: jtanner@fwlaw.com

                                                    *Attorneys for Plaintiff*
                                                    *BELCARO GROUP, INC., d/b/a*
                                                    *SHOPATHOME.COM*

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| Counsel | Party |
|---|---|
| Gregory Thomas Metcalfe<br>gmetcalfe@gablelaw.com | *Counsel for Defendants Quibids LLC and Quibids Holdings LLC* |
| John Michael Krattiger<br>jkrattiger@gablelaw.com | *Counsel for Defendants Quibids LLC and Quibids Holdings LLC* |
| Steven C. Janiszewski<br>sjaniszewski@riggsabney.com | *Counsel for Defendants Quibids LLC and Quibids Holdings LLC* |

s/ Erin R. Ranahan
Erin R. Ranahan