IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1424-MSK-BNB

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado Corporation,

      Plaintiff,

v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

      Defendants.

---

## DECLARATION OF SAM DENNIS

---

Sam Dennis, pursuant to 28 U.S.C. § 1746, hereby declares:

    1.    I am the Chief Executive Officer of Defendant YTZ International Inc. ("YTZ"), and have personal knowledge of the matters set forth in this declaration.

    2.    I am submitting this declaration for the purpose of disputing and disproving the allegations contained in paragraphs 8 and 9 of Plaintiff Belcaro Group, Inc. d/b/a SHOPATHOME.COM's ("Belcaro") Complaint, concerning personal jurisdiction over YTZ and to dispute and disprove that YTZ was properly served with process.

    3.    Contrary to those allegations YTZ is not a party to the November 16, 2010, Master Terms and Conditions Agreement attached as Exhibit 1 to the Complaint (the "Master Agreement"). Accordingly, YTZ did not agree to the consent to jurisdiction/service of process

by mail provision set forth in paragraph 12 of the Master Agreement.  Further, contrary to Belcaro's "information and belief", YTZ does not transact, operate or solicit business in Colorado.

4.     Prior to being named in this action, to the best of my knowledge, no officer, director or employee of YTZ with authority to bind YTZ had never seen either the Master Agreement or the other "Master Terms and Conditions Agreements" submitted as Exhibits 2 and 3 to the Complaint. For its part, YTZ has never entered into any written contract with Belcaro.

5.     Having reviewed the Master Agreement since YTZ was named in this action, it appears that an entity named "PPX" entered into the Master Agreement with Belcaro.  At the time PPX and Belcaro entered into the Master Agreement—November 16, 2010—YTZ did not exist in its present form.  Rather, YTZ was a "shelf company" named "2139879 Ontario Limited", which was unused and non-operating.  A true and correct copy of YTZ's July 19, 2012 Articles of Amendment is attached hereto as Exhibit A.  2139879 Ontario Limited only became "un-shelved" i.e., operational, on July 19, 2012, when it changed its name to YTZ International Inc.  Again, before that time, YTZ and its true formerly known as entity, 2139879 Ontario Limited, had not conducted any business—it could not have and did not enter into the Master Agreement.

6.     It appears that Tobiah Adam—identified as PPX's "Media Buyer" in the Master Agreement—entered into the Master Agreement on behalf of PPX.  Mr. Adam is a current employee of YTZ, but he does not now have nor has he ever had apparent or actual authority to bind YTZ to contractual obligations or liabilities including those arising pursuant to the Master Agreement—particularly, while he was apparently employed by unaffiliated entity PPX.

-2-

{JK00500010.1 }

7.     YTZ is not a successor to PPX.  YTZ has not acquired any assets of PPX nor assumed any obligations or liabilities of PPX—including any obligations or liabilities owed by PPX to Belcaro pursuant to the Master Agreement.  YTZ is not in any way affiliated with PPX nor has it held itself out as or conducted business as PPX. PPX is not an agent of YTZ, or an apparent agent of YTZ—it has never had apparent or actual authority to bind YTZ to contractual obligations or liabilities including those arising pursuant to the Master Agreement.  And, YTZ has never represented to Belcaro, either explicitly or implicitly, that YTZ was, in any way, affiliated with PPX or that PPX had actual or apparent authority to act as an agent of YTZ in connection with advertising or any other function.

8.     YTZ is not "also known as" WSF as alleged by Belcaro in the Complaint. YTZ has no knowledge of any affiliation between WSF and PPX. YTZ has never represented to Belcaro, either explicitly or implicitly, that YTZ was, in any way, affiliated with WSF or that WSF had actual or apparent authority to act as an agent of YTZ in connection with advertising or any other function.

9.     YTZ has never entered into any contract with Defendants QuiBids LLC or QuiBids Holdings, LLC (collectively, "QuiBids").  YTZ has neither requested nor received authority from QuiBids to act on its behalf or to bind QuiBids in any way.  YTZ is not involved in any contract between Belcaro, on the one hand, and QuiBids, PPX, Defendant Rapid Response Marketing, LLC ("RRM") and/or nonparty Turn Two Media ("Turn Two"), on the other hand.

10.     YTZ is a company headquartered at 530 Richmond Street W, REAR, Toronto, Ontario, M5V 1Y4, Canada and incorporated under the laws of Ontario, Canada.  All of YTZ's

{JK00500010.1 }

employees, officers, and directors work in Canada. All of YTZ's business is located in Ontario, Canada.

11.     YTZ has never permanently stationed any employee in Colorado, no company meetings have occurred in Colorado, and no business records are maintained in Colorado.

12.     YTZ has never had an office or other place of business within the State of Colorado, never owned real or personal property situated within Colorado, never negotiated or entered into a contract within Colorado, never had a bank account or paid taxes in Colorado, and has never been listed, authorized, or registered to do business, or appointed an agent for service of process in Colorado.

13.     YTZ does not direct marketing or advertising campaigns towards Colorado, does not advertise in Colorado, and is not aware of any of its clients residing in Colorado. The YTZ Website is accessible in Colorado, just as it is in any other state.  YTZ no more intentionally directs business into Colorado over the Internet than to any other state.

14.     YTZ has no substantial, continuous, and systematic contacts within the Colorado, and has not purposely availed itself of the privilege of conducting business in Colorado.

15.     YTZ first received notice of Belcaro's claims against it, when, on or about June 20, 2013, YTZ received a copy of Belcaro's Summons and Complaint, which was delivered to our corporate office via United State Postal Service registered mail.  Belcaro's Summons and Complaint were not personally delivered or otherwise served on YTZ.

{JK00500010.1 }

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on ___August 7___, 2013.
Toronto, Ontario, Canada

Sam Dennis