| For Ministry Use Only<br>À l'usage exclusif du ministère | Ministère des<br>Services gouvernementaux | Ontario Corporation Number<br>Numéro de la société en Ontario |
|---|---|---|
| Ministry of Government Services Ontario<br>**CERTIFICATE**<br>This is to certify that these articles are effective on | **CERTIFICAT**<br>Ceci certifie que les présents statuts entrent en vigueur le | 2139879 |

**JULY 1 9 JUILLET, 2012**

Director / Directrice
Business Corporations Act / Loi sur les sociétés par actions

## ARTICLES OF AMENDMENT
## STATUTS DE MODIFICATION

Form 3
Business Corporations Act

Formule 3
Loi sur les sociétés par actions

1. The name of the corporation is: (Set out in BLOCK CAPITAL LETTERS)
   Dénomination sociale actuelle de la société (écrire en LETTRES MAJUSCULES SEULEMENT):

   `2 1 3 9 8 7 9   O N T A R I O   L I M I T E D`

2. The name of the corporation is changed to (if applicable): (Set out in BLOCK CAPITAL LETTERS)
   Nouvelle dénomination sociale de la société (s'il y a lieu) (écrire en LETTRES MAJUSCULES SEULEMENT):

   `Y T Z   I N T E R N A T I O N A L   I N C .`

3. Date of incorporation/amalgamation:
   Date de la constitution ou de la fusion:
   2007/06/20
   (Year, Month, Day)
   (année, mois, jour)

4. Complete only if there is a change in the number of directors or the minimum / maximum number of directors.
   Il faut remplir cette partie seulement si le nombre d'administrateurs ou si le nombre minimal ou maximal d'administrateurs a changé.

   Number of directors is/are:         minimum and maximum number of directors is/are:
   Nombre d'administrateurs:           nombres minimum et maximum d'administrateurs:

   Number                              minimum    and    maximum
   Nombre                              minimum    et     maximum
                       or / ou             1              10

5. The articles of the corporation are amended as follows:
   Les statuts de la société sont modifiés de la façon suivante:

   The corporate name is changed from 2139879 Ontario Limited to YTZ International Inc.

07119 (2011/05)    © Queen's Printer for Ontario, 2011 / © Imprimeur de la Reine pour l'Ontario, 2011    Page 1 of/de 2

EXHIBIT A

6. The amendment has been duly authorized as required by sections 168 and 170 (as applicable) of the *Business Corporations Act*.
   La modification a été dûment autorisée conformément aux articles 168 et 170 (selon le cas) de la *Loi sur les sociétés par actions*.

7. The resolution authorizing the amendment was approved by the shareholders/directors (as applicable) of the corporation on
   Les actionnaires ou les administrateurs (selon le cas) de la société ont approuvé la résolution autorisant la modification le

   2012/07/10

   (Year, Month, Day)
   (année, mois, jour)

   These articles are signed in duplicate.
   Les présents statuts sont signés en double exemplaire.

   2139879 Ontario Limited

   (Print name of corporation from Article 1 on page 1)
   (Veuillez écrir le nom de la société de l'article un à la page une).

   By/
   Par :                                     President

   (Signature)                                                  (Description of Office)
   (Signature)                                                  (Fonction)