| | | |
|---|---|---|
| Request ID: 015597560 | Province of Ontario | Date Report Produced: 2013/08/06 |
| Transaction ID: 51715002 | Ministry of Government Services | Time Report Produced: 12:09:28 |
| Category ID: UN/E | | Page: 1 |

# BUSINESS NAMES REPORT

**Business name registered under the *Business Names Act***

YTZ INTERNATIONAL

**Business Identification Number**

220669469

**Business Type**

BUSINESS NAME - CORPORATION

**Mailing Address**

530 RICHMOND STREET WEST, REAR

No. 4TH FLOOR
TORONTO
ONTARIO
CANADA, M5V 1Y4

**Business Address in Ontario**

530 RICHMOND STREET WEST, REAR

No. 4TH FLOOR
TORONTO
ONTARIO
CANADA, M5V 1Y4

**Activity being carried out**

INTERNET MARKETING

**Registration Date**

2012/06/20

**Expiry Date**

2017/06/19

**Renewal Date**

NOT APPLICABLE

**Amendment Date(s)**

NOT APPLICABLE

**Last Document Filed**

NEW REGISTRATION

**Cancellation Date**

NOT APPLICABLE

**Last Document Filed Date**

2012/06/20

**ATTACHMENT B**

| | | | | | |
|---|---|---|---|---|---|
| Request ID: | 015597560 | Province of Ontario | | Date Report Produced: | 2013/08/06 |
| Transaction ID: | 51715002 | Ministry of Government Services | | Time Report Produced: | 12:09:28 |
| Category ID: | UN/E | | | Page: | 2 |

# BUSINESS NAMES REPORT

| **Business name registered under the *Business Names Act*** | **Business Identification Number** |
|---|---|
| YTZ INTERNATIONAL | 220669469 |
| | **Business Type** |
| | BUSINESS NAME - CORPORATION |

| **Corporation Name** | **Corp. Registered/Head Office Address** |
|---|---|
| 2139879 ONTARIO LIMITED | 530 RICHMOND STREET WEST, REAR |
| | No. 4TH FLOOR |
| | TORONTO |
| | ONTARIO |
| | CANADA,  M5V 1Y4 |
| **Corporate Number** | **Jurisdiction of Corporation** |
| 2139879 | ONTARIO |
| | **Corporation Status** |
| | ACTIVE |

**Person Authorizing the Registration**

DENNIS,
SAM

This Report sets out the most recent information registered on or after April 1, 1994 and recorded in the Ontario Business Information System as of the last business day.

The issuance of this report in electronic form is authorized by the Ministry of Government Services.

**ATTACHMENT B**