IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1424-MSK-BNB

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado Corporation,

    Plaintiff,

v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

    Defendants.

## CORPORATE DISCLOSURE STATEMENT

    Pursuant to D.C.Colo.LCivR 7.1, Defendant YTZ International Inc. submits the following disclosure statement identifying all its parent entities and listing any publicly held entity that owns ten percent or more of its stock.

    1.    There is no such parent business entity of YTZ International Inc.

    2.    YTZ International Inc. is not a publically held corporation, and no publically held corporation owns 10% or more of YTZ International Inc.

    DATED: August 9, 2013

Respectfully submitted,

*s/ Eugene Rome*
Eugene Rome,
Elizabeth Wang,
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 1040
Los Angeles, CA 90067
Telephone: (310) 282-0690
Email:  erome@romeandassociates.com
             isaura@romeandassociates.com

and

*s/ Aaron D. Goldhamer*
Lucas T. Ritchie
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Email: lritchie@joneskeller.com
           agoldhamer@joneskeller.com

*Attorneys for Defendant YTZ International Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Jennifer A. Golinveaux, Esq.<br>jgolinveaux@winston.com<br><br>Michael S. Elkin, Esq.<br>melkin@winston.com<br><br>Erin R. Ranahan, Esq.<br>eranahan@winston.com<br><br>John M. Tanner, Esq.<br>jtanner@fwlaw.com<br><br>*Attorneys for Plaintiff* | Steven C. Jniszewski, Esq.<br>sjaniszewski@riggsabney.com<br><br>Gregory Thomas Metcalfe, Esq.<br>gmetcalfe@gablelaw.com<br><br>John Michael Krattiger, Esq.<br>jkrattiger@gablelaw.com<br><br><br>*Attorneys for Defendants QUIBIDS, LLC and QUIBIDS Holdings, LLC* |

*s/ Renae K. Mesch*
Renae K. Mesch