IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1424-MSK-BNB

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado Corporation,

    Plaintiff,

v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

    Defendants.

## ENTRY OF APPEARANCES

    PLEASE TAKE NOTICE that Eugene Rome of the law firm of Rome & Associates, A.P.C. and Lucas T. Ritchie of the law firm of Jones & Keller, P.C., hereby enter their appearance in this action on behalf of Defendant YTZ International Inc.

    Respectfully submitted this 12th day of August, 2013.

    Respectfully submitted,

*s/ Eugene Rome*
Eugene Rome
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 1040
Los Angeles, CA 90067
Telephone: (310) 282-0690
Email: erome@romeandassociates.com

{JK00502211.1 }

*s/ Lucas T. Ritchie*
Lucas T. Ritchie
J<small>ONES</small> & K<small>ELLER</small>, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Email: lritchie@joneskeller.com
*Attorneys for Defendant YTZ International Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Jennifer A. Golinveaux, Esq.<br>jgolinveaux@winston.com<br><br>Michael S. Elkin, Esq.<br>melkin@winston.com<br><br>Erin R. Ranahan, Esq.<br>eranahan@winston.com<br><br>John M. Tanner, Esq.<br>jtanner@fwlaw.com<br><br>*Attorneys for Plaintiff* | Steven C. Janiszewski, Esq.<br>sjaniszewski@riggsabney.com<br><br>Gregory Thomas Metcalfe, Esq.<br>gmetcalfe@gablelaw.com<br><br>John Michael Krattiger, Esq.<br>jkrattiger@gablelaw.com<br><br><br><br>*Attorneys for Defendants QUIBIDS, LLC and QUIBIDS Holdings, LLC* |

*s/ Renae K. Mesch*
Renae K. Mesch

{JK00502211.1 }