THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING BELCARO GROUP, INC.'S MOTION FOR JURISDICTIONAL DISCOVERY FROM DEFENDANT YTZ INTERNATIONAL, INC.**
_____

    Based on the Motion filed by Plaintiff Belcaro Group, Inc. for Jurisdictional Discovery from Defendant YTZ International, Inc., it is hereby ordered that YTZ shall respond to the jurisdictional discovery substantially in the form submitted as Exhibit 1 to the Motion no later than October 10, 2013.  The interrogatories and requests for production will not be counted against the number permitted under Federal Rule of Civil Procedure 33(a)(1) and the Court's Scheduling Order and local practice.

  DATED at Denver, Colorado, this _____ day of _____, 20___.

                                  BY THE COURT

                                  _____

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2013, I electronically filed the foregoing [PROPOSED] ORDER GRANTING BELCARO GROUP, INC.'S MOTION FOR JURISDICTIONAL DISCOVERY FROM DEFENDANT YTZ INTERNATIONAL, INC. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| Counsel | Party |
|---|---|
| Gregory Thomas Metcalfe<br>gmetcalfe@gablelaw.com<br><br>John Michael Krattiger<br>jkrattiger@gablelaw.com<br><br>Steven C. Janiszewski<br>sjaniszewski@riggsabney.com | *Counsel for Defendants Quibids LLC and Quibids Holdings LLC* |
| Richard Newman<br>rnewman@hinchnewman.com<br><br>Charles Mitchell<br>cmitchell@jinslaw.com | *Counsel for Defendant Rapid Response Marketing LLC* |
| Eugene Rome<br>erome@romeandassociates.com<br><br>Lucas T. Ritchie<br>lritchie@joneskeller.com<br><br>Aaron D. Goldhamer<br>agoldhamer@joneskeller.com | *Counsel for Specially Appearing Defendant YTZ International Inc.* |

s/ Erin R. Ranahan
Erin R. Ranahan

2