**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01424-MSK-BNB

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

    Defendants.

_____

**AFFIDAVIT OF CYNTHIA W. STICKNEY**
_____

The affiant, being of lawful age and duly sworn upon his oath, states and deposes as follows:

1.    My name is Cynthia W. Stickney. I have been employed as a Sales Support Manager at Belcaro Group, Inc. d/b/a ShopAtHome.com ("SAH") since March 1, 2012. From May 1, 2009 through February 28, 2012, I was Senior Sales Support at SAH.

2.    My job is to manage the Sales Support group. The Sales Support group supports the Sales team by managing the network optimization process, analyzing performance of merchants and networks, communicating changes to Sales and other teams, interfacing between Marketing and Sales to complete creative requests from merchants, managing sales contracts, completing other initiatives as requested.

3. I manage the group that handles administration for Sales. Sales is the department that deals directly with networks like YTZ International, Inc. ("YTZ") to manage their accounts. If a merchant (like QuiBids) switches networks, that switch is implemented by my group.

4. Ninfa Cabello and Geri Gigante were in SAH's Sales group at the time YTZ and PPX made QuiBids offers available to SAH. Ms. Cabello and Ms. Gigante served as SAH's primary points of contact with PPX and YTZ. Ms. Cabello and Ms. Gigante are no longer employed by SAH.

5. SAH has preserved Ms. Cabello's and Ms. Gigante's emails, including emails with YTZ. I am able to access Ms. Cabello's and Ms. Gigante's emails.

6. Attached hereto as Exhibit A is a true and correct copy of an email chain between SAH and YTZ in which SAH sought overdue payment from PPX. The email is addressed to Tobiah Adam (tobi@ppx.com) and Lurell Blackwood (lurellb@ppx.com). SAH received a response from Mr. Blackwood, except the response came from the email address lurellb@ytzemail.com. Mr. Blackwood stated that he would wire $107,960.00 to SAH for "Dec-Mar invoices."

7. Attached hereto as Exhibit B is a true and correct copy of an email chain between SAH and YTZ in which Tobiah Adam sent an email to Ninfa Cabello from a YTZ email address (tobi@ytz.com), but the email contained a PPX signature block (tobi@ppx.com).

8. It is my understanding that because YTZ was paying invoices issued to PPX, and because our contact person with both YTZ and PPX was the same person (Tobiah Adam), SAH proceeded doing business under the assumption that YTZ was a successor company to PPX. It is

my understanding that YTZ made the same offers available to SAH that PPX had made available to SAH.

Further the affiant sayeth not.

_____
Cynthia W. Stickney

STATE OF COLORADO   )
ss.                 )
COUNTY OF ARAPAHOE  )

Subscribed and sworn to before me this 3rd day of September, 2013, by Cynthia W. Stickney.

(Seal)

> MICHELLE JUSTINE BERGIN
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20124066303
> COMMISSION EXPIRES OCT. 12, 2016

_____
NOTARY PUBLIC

My commission expires: October 12, 2016

-3-

LA:339275.2

**EXHIBIT A**



**From:** Laura Mackenzie
**Sent:** Monday, May 07, 2012 3:27 PM
**To:** Ninfa Cabello
**Subject:** FW: Lack of payment from Quibids (ShopAtHome.com)

☺

**Laura MacKenzie**
**Collections & Process Manager**
*Belcaro Group Inc dba ShopAtHome.com*
*Amaryllis Press Inc dba BlazeXchange*
*7100 E Belleview Ave  # 208*
*Greenwood Village CO   80111-1636*
PH:  303.843.0302 X 114
FAX:  303.843.0377
lmackenzie@shopathome.com
Start saving now at www.shopathome.com

**From:** Lurell Blackwood [mailto:lurellb@ytzemail.com]
**Sent:** Monday, May 07, 2012 3:30 PM
**To:** Laura Mackenzie; tobi@ppx.com
**Cc:** Ninfa Cabello
**Subject:** RE: Lack of payment from Quibids (ShopAtHome.com)

Hi Laura,

1

A wire for $107,960.00 was requested and should be in your account tomorrow for Dec-Mar invoices.

Thanks

**Lurell Blackwood**
lurellb@ytz.com
Accounting Manager

372 Richmond St. W., Ste 111, Toronto, ON  M5V 1X6  Canada
P: (416) 598-3093 F: (416) 598-3038 C: (416) 709-3949 O: (888) 297-6221



This e-mail contains information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. If you receive this e-mail in error, please notify us immediately by "reply" e-mail and delete the original.
Please consider the environment before printing this email.

**From:** Laura Mackenzie [mailto:lmackenzie@shopathome.com]
**Sent:** May-07-12 4:16 PM
**To:** 'tobi@ppx.com'; 'lurellb@ppx.com'
**Cc:** Ninfa Cabello
**Subject:** Lack of payment from Quibids (ShopAtHome.com)
**Importance:** High

Hello Tobi & Lurell—I am going to have to recommend to Sales that the offers on your network be paused until the payment on the account is brought up to date.  Unless there is something I am overlooking on this end, we have not received any payment from your company for more than 90 days, and the balance on this account is more than $100,000.  Please contact me immediately regarding payment arrangements on the account.

**Laura MacKenzie**
**Collections & Process Manager**
*Belcaro Group Inc dba ShopAtHome.com*
*Amaryllis Press Inc dba BlazeXchange*
*7100 E Belleview Ave  # 208*
*Greenwood Village CO   80111-1636*
*PH:  303.843.0302 X 114*
*FAX:  303.843.0377*
*lmackenzie@shopathome.com*
**Start saving now at www.shopathome.com**

# EXHIBIT B



**From:** Ninfa Cabello
**Sent:** Friday, June 29, 2012 11:41 AM
**To:** 'Tobi Adam'
**Subject:** RE: QuiBids

Just left a message for you, but I am not sure she got my name right, so I am emailing you. ☺

Do you have time to jump on a call at 12 noon MT (11 pst, 2 est) today?

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*Ninfa Cabello*
**303.843.0302 x 118**
**\*\*ShopAtHome.com offices are closed on July 4th, and I will be out of office with no access to email or phone on July 5th or 6th.\*\***



**From:** Tobi Adam [mailto:tobi@ytz.com]
**Sent:** Friday, June 29, 2012 9:19 AM
**To:** Ninfa Cabello
**Subject:** Re: QuiBids

Hello Ninfa,

How are you, I have noticed a steady decline in performance for quibids over the last 2 months. We have spoken to quibids about this and it seems to be across the board.

We have had to pull back many of our internally managed quibid campaigns as a result.

I am free all afternoon if you would like to jump on a call.

Cheers

**Tobi Adam**
Sr. Marketing Manager

Office: 416.598.3030
Mobile: 647.202.1446
Email: tobi@ppx.com
MSN: zipo_z@hotmail.com

1

AIM: tobiahjadam85
Skype: adam_tj



Confidentiality Statement: This message and any attachments are solely for the individual(s) named above and others who have been specifically authorized to receive such
and may contain information which is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, copying, use
or distribution of the information included in this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us by reply
e-mail and immediately and permanently delete this message and any attachments.

On 6/28/2012 5:55 PM, Ninfa Cabello wrote:
Hey let's chat tomorrow about Quibids.  We are seeing declining numbers and want to get to the bottom of it.  What time are you free?

-----------------------------------------------------------------------------------

**Ninfa Cabello**
**Senior Business Development AE**
**p**. 303.843.0302 x 118  |  **f.** 303.843.0377

**\*\*ShopAtHome.com offices are closed on July 4$^{th}$, and I will be out of office with no access to email or phone on July 5$^{th}$ or 6$^{th}$.\*\***

Pronounced: Neen-Fa  Kah-Bay-Yo
ncabello@shopathome.com|  www.ShopAtHome.com   | Facebook:  www.facebook.com/ninfacabello
**twitter** twitter.com/ShopAtHome  |  **AIM:** NinfaCabello  |  **MSN: Ninfa.Cabello@live.com**  |  **YAHOO:**  Ninfa.Cabello
7100 E Belleview Ave Ste 208 |Greenwood Village | Colorado | 80111 |USA

