**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-1424-MSK

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS, LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC., f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC, f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company,

    Defendants.

---

**UNOPPOSED MOTION FOR QUIBIDS LLC AND QUIBIDS HOLDINGS LLC TO PARTICIPATE IN SCHEDULING CONFERENCE TELEPHONICALLY OR, IN THE ALTERNATIVE, TO BE EXCUSED FROM THE SCHEDULING CONFERENCE**

---

Defendants QuiBids LLC and QuiBids Holdings LLC (collectively referred to as "QuiBids") respectfully request leave to participate in the September 6, 2013, Scheduling Conference by telephone or, in the alternative, to be excused from the Scheduling Conference given that the claims between Plaintiff and QuiBids have been mutually resolved as of August 30, 2013. Counsel for all parties (including Rapid Response Marketing who has not yet entered an appearance) have reviewed this motion, and QuiBids is advised that no party objects to the relief requested by QuiBids.

    1.    On July 1, 2013, the Court issued its Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (Doc No. 12). The Scheduling Conference is set for September 6, 2013, at 1:30 p.m.

2. On August 30, 2013, Plaintiff caused to be filed a proposed Civil Scheduling Order (Doc. No. 28), wherein Plaintiff advised: "As of August 30, 2013, QuiBids and SAH have resolved their claims . . . ." (*See* Doc. No. 28 at p.3 n.1 and p. 17.)

3. Plaintiff and QuiBids have filed or will soon file a joint motion requesting dismissal, with prejudice, of all claims against QuiBids.

### RELIEF REQUESTED

In light of the voluntary resolution of all claims against QuiBids and to minimize additional attorneys' fees and travel expenses, QuiBids respectfully requests that it be permitted to participate in the Scheduling Conference by telephone, with attorney Gregory Metcalfe participating on QuiBids' behalf. If, however, the dismissal of QuiBids is fully effected by September 6, 2013, QuiBids respectfully requests that it be excused from the conference altogether.

Respectfully submitted,

s/ Gregory T. Metcalfe
Gregory T. Metcalfe, OK Bar # 19526
John M. "Jake" Krattiger, OK Bar # 30617
**GABLEGOTWALS**
One Leadership Square, Suite 1500
211 North Robinson
Oklahoma City, OK  73102-7101
(405) 235-5500 | (405) 235-2875 (fax)
GMetcalfe@gablelaw.com
JKrattiger@gablelaw.com

Steven Janiszewski
**Riggs Abney Neal Turpen Orbison & Lewis**
7979 E Tufts Avenue Parkway, Suite 1300
Denver, CO 80237
(303) 298-7392 | (303) 298-1319 (fax)
sjaniszewski@riggsabney.com

                                          **Attorneys for Defendants**
                                          **QuiBids LLC & QuiBids Holdings LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

- Michael Stuart Elkin
melkin@winston.com,docketLA@winston.com,darobertson@winston.com

- Aaron David Goldhamer
agoldhamer@joneskeller.com,tharris@joneskeller.com

- Jennifer Ann Golinveaux
jgolinveaux@winston.com

- Steven C. Janiszewski
sjaniszewski@riggsabney.com,callen-brown@riggsabney.com

- Erin R. Ranahan
eranahan@winston.com,pwaters@winston.com,docketLA@winston.com

- Lucas Trask Ritchie
lritchie@joneskeller.com

- Eugene Rome
erome@romeandassociates.com

- John (Jack) Markham Tanner
jtanner@fwlaw.com,paralegal@fwlaw.com,schiecuto@fwlaw.com

                                                s/ Gregory T. Metcalfe
                                                Gregory T. Metcalfe