IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01424-MSK-BNB

Belcaro Group, Inc.,

Plaintiff,

v.

Quibids, LLC,
Quibids Holdings, LLC,
YTZ International, Inc.,
Rapid Response Marketing, LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd**

This matter is before the Court on the **Unopposed Motion for QuiBids LLC and QuiBids Holdings LLC to Participate in Scheduling Conference Telephonically or, in the Alternative, to be Excused From the Scheduling Conference** [docket no. 33, filed September 4, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. Defense Counsel may appear telephonically by coordinating a call between the out of state attorneys already appearing by telephone and then contacting the court at **303-844-6408.** QuiBids is not excused from the Scheduling Conference as there has not been a Stipulation to Dismiss filed and it is still a party to this case.

DATED:  September 5, 2013