**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01424-MSK-BNB

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

Defendants.

---

**CONSENT MOTION FOR DISMISSAL OF CLAIMS AGAINST QUIBIDS DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)**

**Motion**

Plaintiff, on the one hand, and on the other hand Defendants QuiBids LLC and QuiBids Holdings LLC (the "QuiBids Defendants"), by and through their respective counsel, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss all claims against the QuiBids Defendants with prejudice, without costs or attorneys' fees to Plaintiffs or the QuiBids Defendants, and with neither Plaintiff nor either of the QuiBids Defendants as a prevailing party.

This motion does not seek dismissal of the claims Plaintiff has asserted against Defendants YTZ International Inc. f/k/a PPX and a/k/a WSF Monetization ("YTZ"), and Rapid Response Marketing LLC, f/k/a XY7.com and a/k/a XY7elite.com ("RRM").

For the Court's convenience, a proposed Order is submitted herewith.

1

WHEREFORE, Plaintiff and the QuiBids Defendants pray that this Court dismiss the claims against the QuiBids Defendants with prejudice, each party to pay its own fees and costs.

**Certification Pursuant to the Colorado Local Rule 7.1**

YTZ and RRM do not oppose the requested relief, with the caveat that they reserve all rights to assert their own claims, if any, against the QuiBids Defendants.

Respectfully submitted this 5th day of September, 2013.

|  | /s John M. Tanner<br>John M. Tanner<br><br>**FAIRFIELD AND WOODS, P.C.**<br>1700 Lincoln Street, Suite 2400<br>Denver, CO 80203-4524<br>Telephone: (303) 830-2400<br>Facsimile: (303) 830-1033<br>Email: jtanner@fwlaw.com<br><br>Michael S. Elkin<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email: melkin@winston.com<br><br>Jennifer A. Golinveaux<br>**WINSTON & STRAWN LLP**<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-1506<br>Facsimile: (415) 591-1400<br>Email: jgolinveaux@winston.com |
|---|---|

|  | Erin R. Ranahan<br>**WINSTON & STRAWN LLP**<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>eranahan@winston.com<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br><br>**Attorneys for Plaintiff,**<br>**Belcaro Group, Inc., d/b/a ShopAtHome.com**<br><br>s/ Gregory T. Metcalfe<br>Gregory T. Metcalfe, OK Bar # 19526<br>John M. "Jake" Krattiger, OK Bar # 30617<br>**GABLEGOTWALS**<br>One Leadership Square, Suite 1500<br>211 North Robinson<br>Oklahoma City, OK  73102-7101<br>Telephone: (405) 235-5500<br>Facsimile: (405) 235-2875<br>Email: GMetcalfe@gablelaw.com<br>Email: JKrattiger@gablelaw.com<br><br>Steven Janiszewski<br>**RIGGS ABNEY NEAL TURPEN ORBISON &**<br>**LEWIS**<br>7979 E Tufts Avenue Parkway, Suite 1300<br>Denver, CO 80237<br>Telephone: (303) 298-7392<br>Facsimile: (303) 298-1319<br>Email: sjaniszewski@riggsabney.com<br><br>**Attorneys for Defendants,**<br>**QuiBids LLC & QuiBids Holdings LLC** |
|---|---|