## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01424-MSK-BNB

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

   Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

   Defendants.

---

## [PROPOSED] ORDER DISMISSING CLAIMS AGAINST QUIBIDS DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)

---

   The Court, upon the Consent Motion filed by Plaintiff, on the one hand, and on the other hand Defendants QuiBids LLC and QuiBids Holdings LLC (the "QuiBids Defendants"), pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, hereby orders that all claims in this action by Plaintiff against the QuiBids Defendants are dismissed with prejudice, without attorneys' fees or costs to Plaintiffs or the QuiBids Defendants, and with neither Plaintiff nor either of the QuiBids Defendants as a prevailing party.

Plaintiff's claims remain against Defendants, YTZ International Inc. f/k/a PPX and a/k/a WSF Monetization ("YTZ"), and Rapid Response Marketing LLC, f/k/a XY7.com and a/k/a XY7elite.com ("RRM").

Done this _____ day of _____, 2013.

BY THE COURT

_____