IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 13-cv-01424-MSK-BNB | Date: September 6, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| BELCARO GROUP INC | *Jack Tanner* |
|  | *Jennifer Golinveaux via telephone* |
| **Plaintiff(s)** |  |
| v. |  |
| QUIBIDS LLC | *Steven Janiszewski* |
| QUIBIDS HOLDINGS LLC | *Gregory Metcalfe via telephone* |
|  | *Jake Krattiger via telephone* |
| YTZ INTERNATIONAL INC | *Lucas T. Ritchie* |
|  | *Eugene Rome via telephone* |
| RAPID RESPONSE MARKETING LLC | *Charles T. Mitchell* |
|  | *Richard Newman via telephone* |
| **Defendant(s)** |  |

### COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  1:37 p.m.

Appearance of counsel.

Discussion held on limited discovery and status of the case.

**ORDERED:** **Scheduling Conference is VACATED pending determination of the jurisdictional issue.**

**The court construes Belcaro's Response [31], in part, as a motion for extension of time to respond to YTZ's Motion to Dismiss. YTZ may respond to that request for extension on or before October 18, 2013.**

**Motion for Jurisdictional Discovery against RRM must be filed, if at all, on or before October 7, 2013.  Responses to the Motions for Jurisdictional Discovery are due by October 18, 2013.**

**Response opposing further briefing by Belcaro Group, Inc. on the issue of YTZ's Motion to Dismiss is due on or before October 18, 2013.**

**A hearing on Jurisdictional Discovery is set for October 24, 2013, at 9:00 a.m. in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.**

Court in Recess:  2:00 p.m.    Hearing concluded.    Total time in Court:  00:23

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119