IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01424-MSK-BNB

BELCARO GROUP, INC.,

Plaintiff,

v.

QUIBIDS, LLC,
QUIBIDS HOLDINGS, LLC,
YTZ INTERNATIONAL, INC.,
RAPID RESPONSE MARKETING, LLC,

Defendant.
_____

## ORDER
_____

The parties appeared this afternoon for what was scheduled to be a scheduling conference. The case currently is in a jurisdictional quagmire which must be resolved before the case schedule can be set.

YTZ has filed a Motion to Dismiss [Doc. # 25] based on lack of personal jurisdiction, among other grounds. Belcaro filed a Response [Doc. # 31] to that motion, but in the Response it states that "the court should delay ruling on YTZ's motion to dismiss until [Belcaro] is given the opportunity to supplement its response after limited jurisdictional discovery." Response [Doc. # 31] at p. 5. Belcaro also has filed a motion for leave to conduct jurisdictional discovery against YTZ [Doc. # 30].

Rapid Response Marketing ("RRM") is required to respond to the complaint on or before September 26, 2013. Proposed Scheduling Order [Doc. # 29] at p. 10. It has indicated an intention to file a motion to dismiss, perhaps challenging jurisdiction. Id. at p. 5. Belcaro

indicated at the hearing this afternoon that it may require jurisdictional discovery against RRM if RRM challenges personal jurisdiction.

In an effort to navigate the quag, IT IS ORDERED:

(1) The scheduling conference set for this afternoon is VACATED, to be reset after jurisdictional issues are resolved;

(2) Belcaro shall file a motion to take jurisdictional discovery against RRM, if at all, on or before October 7, 2013;

(3) Responses to any motion to take jurisdictional discovery shall be filed on or before October 18, 2013;

(4) Belcaro' Response [Doc. # 31] is construed, in part, as a motion for extension of time to respond to YTZ's Motion to Dismiss.  YTZ may respond to that request for extension on or before October 18, 2013;

(5) YTZ's duty to file a reply in support of its Motion to Dismiss is postponed pending a determination of whether I will allow jurisdictional discovery.  The deadline for filing the reply will be set by a subsequent order; and

(6) A hearing on the issues of jurisdictional discovery, Belcaro's right to file a further response to YTZ's Motion to Dismiss, and the deadline for YTZ's reply in support of its Motion to Dismiss is set for **October 24, 2013, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Counsel making any argument must appear at the hearing in person.

Dated September 6, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge