IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01424-MSK-BNB

BELCARO GROUP, INC., a Colorado corporation doing business as ShopAtHome.com,

    Plaintiff,

v.

YTZ INTERNATIONAL INC., a Canada corporation formerly known as PPX, also known as WSF Monetization; and
RAPID RESPONSE MARKETING LLC, a Nevada limited liability company formerly known as XY7.com, also known as SY7Elite.com,

    Defendants.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Consent Motion for Dismissal of Claims Against Quibids Defendants Pursuant to F.R.C.P. 41(a)(1) filed September 5, 2013. Having reviewed the Motion,

IT IS ORDERED that the Motion is GRANTED and all claims asserted by Plaintiff against Defendants QuiBids LLC, an Oklahoma limited liability company and QuiBids Holdings LLC, a Delaware limited liability company are hereby dismissed, with prejudice, each party to bear his, her or its own costs and attorney fees. All future captions shall so reflect.

DATED this 9th day of September, 2013.

                BY THE COURT:

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Court