**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01424-MSK-BNB

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

       Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

Defendants.

---

**CONSENT MOTION FOR DISMISSAL OF CLAIMS AGAINST RAPID RESPONSE MARKETING LLC PURSUANT TO F.R.C.P. 41(a)(1)**

**Motion**

      Plaintiff, on the one hand, and on the other hand Defendant Rapid Response Marketing LLC, f/k/a XY7.com and a/k/a XY7elite.com ("RRM"), by and through their respective counsel, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss all claims against the RRM with prejudice, without costs or attorneys' fees to Plaintiffs or RRM, and with neither Plaintiff nor RRM as a prevailing party.

      This motion does not seek dismissal of the claims Plaintiff has asserted against Defendant YTZ International Inc. f/k/a PPX and a/k/a WSF Monetization ("YTZ").

      For the Court's convenience, a proposed Order is submitted herewith.

      WHEREFORE, Plaintiff and RRM pray that this Court dismiss the claims against RRM with prejudice, each party to pay its own fees and costs.

1

## Certification Pursuant to the Colorado Local Rule 7.1

YTZ does not oppose the requested relief.

Respectfully submitted this 9th day of October, 2013.

|  | **FAIRFIELD AND WOODS, P.C.**<br>1700 Lincoln Street, Suite 2400<br>Denver, CO 80203-4524<br>Telephone: (303) 830-2400<br>Facsimile: (303) 830-1033<br>Email: jtanner@fwlaw.com<br><br>/s *John M. Tanner*<br>John M. Tanner<br><br>Michael S. Elkin<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email: melkin@winston.com<br><br>Jennifer A. Golinveaux<br>**WINSTON & STRAWN LLP**<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-1506<br>Facsimile: (415) 591-1400<br>Email: jgolinveaux@winston.com<br><br>Erin R. Ranahan<br>**WINSTON & STRAWN LLP**<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>eranahan@winston.com<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 |
|---|---|

|  | **Attorneys for Plaintiff,** <br> **Belcaro Group, Inc., d/b/a ShopAtHome.com** |
|---|---|
|  | *s/ Richard B. Newman* <br> Richard B. Newman <br> HINCH NEWMAN LLP <br> 1450 Broadway, 35th Floor <br> New York, NY 10018 <br> Telephone: (212) 756-8777 <br> Email: rnewman@hinchnewman.com <br> Charles Mitchell <br> JIN, SCHAUER &SAAD, LLC <br> 600 Seventeenth Street, Suite 2700 South Tower <br> Denver, CO 80202 <br> Telephone: (720) 889-2237 <br> Email: cmitchell@jinslaw.com <br> *Attorneys for Defendants* <br> *Rapid Response Marketing LLC* |