# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01424-MSK-BNB

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

    Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company.

    Defendants.

___

## [PROPOSED] ORDER DISMISSING CLAIMS AGAINST RAPID RESPONSE MARKETING LLC PURSUANT TO F.R.C.P. 41(a)(1)

The Court, upon the Consent Motion filed by Plaintiff, on the one hand, and on the other hand Defendant Rapid Response Marketing LLC, f/k/a XY7.com and a/k/a XY7elite.com ("RRM"), pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, hereby orders that all claims in this action by Plaintiff against RRM are dismissed with prejudice, without attorneys' fees or costs to Plaintiff or RRM, and with neither Plaintiff nor RRM as a prevailing party.

Plaintiff's claims remain against Defendant YTZ International Inc. f/k/a PPX and a/k/a WSF Monetization ("YTZ").

Done this _____ day of _____, 2013.

BY THE COURT

_____