IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01424-MSK-BNB

BELCARO GROUP, INC., a Colorado corporation doing business as ShopAtHome.com,

    Plaintiff,

v.

YTZ INTERNATIONAL INC., a Canada corporation formerly known as PPX, also known as WSF Monetization; and

    Defendant.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Consent Motion for Dismissal of Claims Against Rapid Response Marketing LLC Pursuant to F.R.C.P. 41(a)(1) (Motion) **(#42)** filed October 9, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff against Defendant Rapid Response Marketing LLC, f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company, are hereby dismissed, with prejudice, each party to pay his, her or its own attorney fees and costs. All future captions shall omit this party.

DATED this 11th day of October, 2013.

                              **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Court