IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1424-MSK-BNB

BELCARO GROUP, INC., a Colorado corporation doing business as SHOPATHOME.COM,

    Plaintiff,

v.

YTZ INTERNATIONAL INC., a Canada corporation formerly known as PPX, also known as WSF Monetization.

    Defendant.

---

### DECLARATION OF EUGENE ROME

---

Eugene Rome, pursuant to 28 U.S.C. § 1746, hereby declares:

1.     I am an attorney duly licensed to practice law before all of the courts of the state of California and am the principal of Rome & Associates, APC, lead counsel for Defendant YTZ International Inc. ("YTZ").

2.     I am submitting this declaration in support of YTZ's (1) Response to Plaintiff's Motion for Jurisdictional Discovery; and (2) Response to Plaintiff's Request for an Extension of Time to Respond to Motion to Dismiss.

3.     A true and correct copy of QuiBids, LLC and QuiBids Holdings, LLC's (collectively, "QuiBids") draft complaint detailing QuiBids' allegations of Belcaro's intentional hijacking of the traffic and installation of malicious software onto toolbar users' computers attached hereto as <u>Exhibit A</u>. This draft complaint was sent to Belcaro on or around March 7, 2013. Belcaro forwarded it to YTZ on or about March 21, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on October 18, 2013.
Los Angeles, California

_____
Eugene Rome