IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01424-MSK-BNB | Date: | October 24, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| BELCARO GROUP, INC | Jack Tanner |
| | Erin R. Ranahan |
| **Plaintiff(s)** | |
| v. | |
| YTZ INTERNATIONAL, INC | Lucas T. Ritchie |
| **Defendant(s)** | |

## COURTROOM MINUTES

**ORAL ARGUMENT ON JURISDICTIONAL DISCOVERY**

Court in Session: 9:03 a.m.

Appearance of counsel.

Argument given on [30] Motion for Jurisdictional Discovery.

For reasons stated on the record, it is
**ORDERED:** **[30] Motion for Jurisdictional Discovery is GRANTED. Limited discovery is allowed, as stated on the record.**

> **Defendant has 30 days from today to respond to written discovery.**
>
> **Discovery cut-off for jurisdictional issues only is January 17, 2014.**
>
> **Request by the plaintiff for extension to file a supplemental response to the motion to dismiss is GRANTED. Supplemental response is due on or before January 31. 2014.**

Court in Recess: 9:46 a.m.   Hearing concluded.   Total time in Court: 00:43

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119