IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01424-MSK-BNB

BELCARO GROUP, INC., a Colorado corporation d/b/a ShopAtHome.com,

Plaintiff,

v.

YTZ INTERNATIONAL, INC., a Canada corporation f/k/a PPX, a/k/a WSF Monetization,

Defendant.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion for Jurisdictional Discovery** [Doc. # 30, filed 9/3/2013] and the request in its Response to Motion to Dismiss [Doc. # 31] for leave to file a supplemental response to YTZ's Motion to Dismiss [Doc. # 25] after jurisdictional discovery has been completed. I held a hearing on these matters this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) Plaintiff's Motion for Jurisdictional Discovery [Doc. # 30] is GRANTED. The plaintiff may take discovery on the issues of the court's personal jurisdiction over defendant YTZ International Inc. ("YTZ") and the sufficiency of service on YTZ. The permitted discovery includes the depositions of YTZ pursuant to Rule 30(b)(6), Tobiah Adam, and Sam Dennis; and service of interrogatories and requests for production in the form of Doc. # 30-1. With respect to Requests for Production Nos. 1, 15, and 17, the parties are directed to confer pursuant to D.C.COLO.LCivR 7.1A to narrow their scope.

      (2)      YTZ shall respond to the plaintiff's interrogatories and requests for production on or before November 25, 2013.

      (3)      The depositions of YTZ, Adam, and Dennis shall occur at a date, time, and place as the parties may agree, but shall be completed no later than January 17, 2014.  The depositions may occur, at YTZ's option, in Toronto, Ontario, Canada, provided YTZ and the individual deponents waive any objections to the conduct of the discovery under Canadian law and agree that the depositions shall proceed as if they were occurring in the United States.  Otherwise, the depositions shall occur, at the plaintiff's option, either in Los Angeles, California, or Denver, Colorado.

      (4)      The plaintiff may file a supplemental response in opposition to YTZ's Motion to Dismiss [Doc. # 25] on or before January 31, 2014, and YTZ may reply within 14 days after service of the plaintiff's supplemental response.

Dated October 24, 2013.

                                                        BY THE COURT:

                                                        s/ Boyd N. Boland
                                                        United States Magistrate Judge