IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1424-MSK-BNB

BELCARO GROUP, INC., a Colorado corporation doing business as SHOPATHOME.COM,

   Plaintiff,

v.

YTZ INTERNATIONAL INC., a Canada corporation formerly known as PPX, also known as WSF Monetization.

   Defendant.

---

## DEFENDANT YTZ INTERNATIONAL INC.'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

---

Defendant YTZ International Inc. ("YTZ"), through counsel, pursuant to Fed. R. Civ. P. 26(c), respectfully submits this Unopposed Motion for Entry of Stipulated Protective Order, and as good cause therefor states as follows:

### D.C. Colo. L. Civ. R. 7.1(A) Certification

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), YTZ certifies that its undersigned counsel conferred with counsel for Plaintiff Belcaro Group, Inc. ("Belcaro") regarding this motion and, based thereon, advises the Court that Belcaro does not oppose the relief requested herein.

1.   On October 24, 2013, the Court entered its Order granting Plaintiff Belcaro Group, Inc.'s ("Belcaro") Motion for Jurisdictional Discovery. *See* Doc. 47. As part of such jurisdictional discovery, YTZ will be producing documents to Belcaro.

2.   Some of the requested documents contain trade secrets or confidential financial information.

3.      Under Fed. R. Civ. P. 26(c)(1)(G), the Court may, for good cause, issue a protective order "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."

4.      Here, the parties have agreed to the entry of a proposed Stipulated Protective Order (submitted herewith as Exhibit A) that requires each party to follow specified procedures to protect against unnecessary disclosure of trade secrets and confidential information.

5.      YTZ submits that the foregoing circumstances constitute good cause for the Court to enter the proposed Stipulated Protective Order.

WHEREFORE, YTZ respectfully requests that the Court enter the proposed Stipulated Protective Order submitted herewith as Exhibit A.

DATED: November 8, 2013

Respectfully submitted,

s/ Lucas T. Ritchie
Lucas T. Ritchie
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Email: lritchie@joneskeller.com
          agoldhamer@joneskeller.com

and

Eugene Rome,
Elizabeth Wang,
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 1040
Los Angeles, CA 90067
Telephone: (310) 282-0690

Email:  erome@romeandassociates.com
isaura@romeandassociates.com

*Attorneys for Defendant YTZ International Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jennifer A. Golinveaux, Esq.
jgolinveaux@winston.com

Michael S. Elkin, Esq.
melkin@winston.com

Erin R. Ranahan, Esq.
eranahan@winston.com

John M. Tanner, Esq.
jtanner@fwlaw.com

*Attorneys for Plaintiff*

s/ Renae K. Mesch
Renae K. Mesch