## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01424-MSK-BNB

BELCARO GROUP, INC. d/b/a SHOPATHOME.COM, a Colorado corporation,

       Plaintiff,

v.

QUIBIDS LLC, an Oklahoma limited liability company,
QUIBIDS HOLDINGS LLC, a Delaware limited liability company,
YTZ INTERNATIONAL INC. f/k/a PPX and a/k/a WSF MONETIZATION, a Canada corporation, and
RAPID RESPONSE MARKETING LLC f/k/a XY7.COM and a/k/a XY7ELITE.COM, a Nevada limited liability company,

       Defendants.

___

### STIPULATION OF DISMISSAL OF CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)
___

Plaintiff, on the one hand, and on the other hand the only remaining Defendant in this case, YTZ International Inc. f/k/a/ PPX and a/k/a/ WSF Monetization ("YTZ"), by and through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss all remaining claims in this action with prejudice, without costs or attorneys' fees to Plaintiff or YTZ, and with neither Plaintiff nor YTZ as a prevailing party.

Respectfully submitted this 17th day of January, 2014.

| APPROVED: | *s/ Erin R. Ranahan* |
|---|---|
|  | Erin R. Ranahan |
|  | **WINSTON & STRAWN LLP** |
|  | 333 S. Grand Avenue |
|  | Los Angeles, CA 90071-1543 |
|  | Telephone: (213) 615-1700 |
|  | Facsimile: (213) 615-1750 |
|  | Email: eranahan@winston.com |

|  | Jennifer A. Golinveaux<br>**WINSTON & STRAWN LLP**<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-1506<br>Facsimile: (415) 591-1400<br>Email: jgolinveaux@winston.com<br><br>Michael S. Elkin<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email: melkin@winston.com<br><br>John M. Tanner<br>**FAIRFIELD AND WOODS, P.C.**<br>1700 Lincoln Street, Suite 2400<br>Denver, CO 80203-4524<br>Telephone: (303) 830-2400<br>Facsimile: (303) 830-1033<br>Email: jtanner@fwlaw.com<br><br>*Attorneys for Plaintiff*<br>*Belcaro Group, Inc., d/b/a ShopAtHome.com* |
|---|---|

| APPROVED: | *s/ Eugene Rome* |
| --- | --- |
| | Eugene Rome |
| | **ROME & ASSOCIATES, A.P.C.** |
| | 2029 Century Park East, Suite 1040 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 282-0690 |
| | Email: erome@romeandassociates.com |
| | Email: isaura@romeandassociates.com |
| | |
| | *s/ Lucas T. Ritchie* |
| | Lucas T. Ritchie |
| | Aaron D. Goldhamer |
| | **JONES & KELLER, P.C.** |
| | 1999 Broadway, Suite 3150 |
| | Denver, CO 80202 |
| | Telephone: (303) 573-1600 |
| | Email: lritchie@joneskeller.com |
| | Email: agoldhamer@joneskeller.com |
| | |
| | ***Attorneys for Specially Appearing Defendant YTZ International Inc.*** |